

# U.S. District Court

### Virginia Eastern - Norfolk

Receipt Date: Jun 11, 2024 3:48PM

Joanne Haysbert

| Rcpt. No: 200004419 | | Trans. Date: Jun 11, 2024 3:48PM | | | Cashier ID: #BC |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** Haysbert v. Outback Steakhouse, et al. 424cv87

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.