UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT,

    Plaintiff,

v.                                                                                                     Civil Action No. 4:24cv87

BLOOMIN' BRANDS, INC., et al.,

    Defendants.

## NOTICE

Plaintiff is hereby NOTIFIED that an opposing party has filed a motion to dismiss that, if granted, could result in the dismissal of some or all of Plaintiff's claims.

Plaintiff is ADVISED that Plaintiff is entitled to file a response opposing the motion. The deadline for that response is **August 29, 2024**. Plaintiff is FURTHER ADVISED that the Court could dismiss some or all of Plaintiff's claims on the basis of the moving party's papers if Plaintiff does not file a response.

If Plaintiff submits a response, Defendant(s) may file a reply **within six (6) days** after the service of Plaintiff's response. *See* E.D. Va. Loc. Civ. R. 7(F)(1). Thereafter, "[n]o further briefs or written communications may be filed without first obtaining leave of Court." *Id.*

                                                                                                  /s/
                                                                     Elizabeth W. Hanes
                                                                     United States District Judge

Newport News, Virginia
Date: <u>August 9, 2024</u>