**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

JOANN WRIGHT HAYSBERT,

                Plaintiff,

v.                                 Civil Action No.: 4:24-cv-00087

OUTBACK STEAKHOUSE
OF FLORIDA, LLC, et al.,

                Defendants.

## PLAINTIFF'S OPPOSITION TO
## DEFENDANT BLOOMIN' BRANDS, INC.'S MOTION TO DISMISS

COMES NOW, Plaintiff, JoAnn Wright Haysbert, pro se, and files this Opposition to Plaintiff's Motion to Dismiss and Memorandum in Support stating as follows:

On July 24, 2024, Defendant Bloomin' Brands, Inc. filed a Motion to Dismiss and Memorandum in Support ("Motion" or "Motion to Dismiss"), under Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff's Complaint failed to allege sufficient facts to establish that Bloomin' Brands, Inc. is a proper party to this litigation. See ECF Nos. 7, 8.

Bloomin' Brands' Motion is inappropriate because in granting Plaintiff's motion for voluntary dismissal in Haysbert v. Bloomin' Brands, Inc., No. 4:20-cv-00121-EWH-RJK ("*Haysbert I*"), at Defendants' request, the Court imposed multiple conditions, including that "if the case is refiled, it will be procedurally in the same position as the instant case." See ECF No. 357 at 2. Bloomin' Brands should therefore not be permitted to file a preliminary 12(b)(6) Motion to Dismiss that it could have filed in *Haysbert I*, but did not.

Nevertheless, for the sake of facilitating the efficient resolution of this matter, Plaintiff is simultaneously filing a Motion for Leave to File an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), to address this particular issue, the granting of which would

render Bloomin' Brands, Inc.'s Motion moot. By doing so, however, Plaintiff does not intend to waive the argument that Bloomin' Brands' Motion to Dismiss is improper and, in the event that Defendants move to dismiss Plaintiff's forthcoming amended complaint, Plaintiff reserves the right to make that argument in full.

DATED:    August **13**, 2024

JoAnn Wright Haysbert
Plaintiff pro se
244 William R. Harvey Way
Hampton, VA 23669
Tel: (757) 913-9114

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Newport News _____ **DIVISION**

JOANN WRIGHT HAYSBERT
_____
**Plaintiff(s),**

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC
_____
**Defendant(s),**

Civil Action Number: ___4:24-cv-00087_____

## LOCAL RULE 83.1 (N) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared or assisted in the preparation of** _____.
**(Title of Document)**

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____(Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** ___PLAINTIFF'S RESPONSE TO DEFENDANT BLOOMIN' BRANDS, INC.'S MOTION TO DISMISS.___
**(Title of Document)**

Mary T. Morgan
_____
(Name of Attorney)

4646 Princess Anne Road, Unit 104, Virginia Beach, VA 23462
_____
(Address of Attorney)

(757) 609-2702
_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

JoAnn Wright Haysbert
_____
(Name of *Pro Se* Party (Print or Type)

*[signature]*
_____
Signature of *Pro Se* Party

Executed on: _August 13, 2024_____(Date)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing PLAINTIFF'S RESPONSE

TO DEFENDANT BLOOMIN' BRANDS, INC.'S MOTION TO DISMISS was mailed

this ‗13‗ day of August to:

> John D. McGavin
> McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
> 9990 Fairfax Boulevard, Suite 400
> Fairfax, Virginia 22030
> *Counsel for Defendants*

JoAnn Wright Haysbert