IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOANN WRIGHT HAYSBERT ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| BLOOMIN' BRANDS, INC., ) | Case No.: 4:24-cv-87 |
| and ) | |
| OUTBACK STEAKHOUSE OF ) | |
| FLORIDA, LLC, ) | |
|     Defendants. ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW the Defendant, Bloomin' Brands, Inc., by counsel, and in response to the Court's Order to Show Cause (ECF 14), and states, based on this Court's finding that granting a motion to dismiss would place this case in a different procedural posture, that it withdraws its Motion to Dismiss (ECF 7) and Memorandum of Law in Support (ECF 8). Defendant requests leave of Court to file an Answer and Grounds of Defense.

As Defendant withdraws its Motion to Dismiss, Plaintiff's Opposition (ECF 10) is now moot. Plaintiff's Motion to Amend (ECF 11) is also moot, as it was based on Federal Rule 15(a)(1)(B).

                                                                                      **BLOOMIN' BRANDS, INC.**
                                                                                       By Counsel

   /s/ *John D. McGavin*
John D. McGavin, VSB 21794
Emily K. Blake, VSB 90562
MCGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555
jmcgavin@mbbtklaw.com
eblake@mbbtklaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024 the following was e-filed and served upon counsel of record:

    Mary T. Morgan, Esq.
    PARKER POLLARD WILTON & PEADEN
    4646 Princess Anne Road, Unit 104
    Virginia Beach, Virginia 23462
    Telephone: (757) 384-3166
    Facsimile: (866) 212-1310
    Email: mmorgan@parkerpollard.com
    *Counsel for Plaintiff*

                                                     /s/ *John D. McGavin*
                                                     John D. McGavin, VSB 21794