# UNITED STATES DISTRICT COURT
# CIVIL STATUS CONFERENCE

Date: September 18, 2024
Judge: <u>Elizabeth W. Hanes</u>
Time Set: <u>2:30 p.m.</u>
Time**:** <u>2:29 – 2:44</u>
Court Reporter: <u>Jill Trail, OCR</u>
Deputy Clerk: <u>D. Brandt</u>

Case Number: <u>4:24cv87</u>

Joann Wright Haysbert

vs.

Outback Steakhouse of Florida, LLC
and
Bloomin Brands, Inc.

APPEARANCES: Joann Wright Haysbert, Mary Morgan and John McGavin

PROCEEDINGS: Case on for initial pretrial conference via zoom.  Comments of the parties and the Court. The Court DENIED AS MOOT ECF No. 7 – Motion to Dismiss. The Court ordered that an answer and any request for relief be filed within 14 days.  The Court DENIED AS MOOT ECF No. 11 Motion for Leave to File Amended Complaint. The Show Cause Order filed at ECF No. 14 is DISMISSED.  The parties are directed to file their financial interest disclosure and citizenship disclosure.  Jury Trial (5 days) scheduled to begin on February 25, 2025 at 10:00 a.m. in Newport News.  Final Pretrial Conference is scheduled for January 16, 2025 at 10:00 a.m. in Norfolk.