UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

**JOANN WRIGHT HAYSBERT,**

      **Plaintiff,**

v.                                          Civil Action No.: 4:24-CV-87

**OUTBACK STEAKHOUSE OF
FLORIDA, LLC, AND
BLOOMIN' BRANDS, INC. et al.,**

      **Defendants.**

### PLAINTIFF'S NOTICE OF RENEWED, UPDATED, AND NEW MOTIONS *IN LIMINE* AND PRETRIAL BRIEFS

Pursuant to the Court's instructions at the Initial Pretrial Conference and Paragraph 8 of its Scheduling Order dated September 24, 2024 (ECF No.: 22), Plaintiff JoAnn Wright Haysbert hereby submits this notice with respect to renewed and updated pretrial briefs.

### PRETRIAL/TRIAL BRIEFS

A.   To the extent not previously ruled upon, Plaintiff renews the following trial briefs, as previously filed:

- Trial Brief #1 on *Batson* [ECF No. 195]
- Trial Brief #2 on the testimony of Plaintiff's treating physicians [ECF No. 196]; and
- Trial Brief #4 on admissibility of the declaration and trial testimony of Nineveh Haysbert [ECF No. 220].

B.   Plaintiff submits concurrently with this notice the following updated pretrial briefs, as contemplated by the Court's Scheduling Order:

- Updated Pretrial brief on the admissibility of Dr. Aaron Filler's expert opinion;

- Updated Pretrial brief on the admissibility of Work Order No. 1; and

- Updated Pretrial brief on the admissibility of Work Order No. 2.[1]

C. Plaintiff submits concurrently with this notice the following new pretrial brief on issues that have become relevant since August 8, 2024:

- Pretrial brief regarding the brain map animation demonstrative.

Respectfully submitted,

Date: December 16, 2024      By:      _____/s/_____
Mary T. Morgan, Esq.
Virginia State Bar No. 44955
*Counsel for Plaintiff*
PARKER POLLARD WILTON & PEADEN
4646 Princess Anne Road, Unit 104
Virginia Beach, Virginia 23462
Telephone: (757) 384-3166
Facsimile: (866) 212-1310
Email: mmorgan@parkerpollard.com

---

[1] In her pretrial briefs on the admissibility of Work Orders Nos. 1 and 2, Plaintiff addresses and expands upon the issues previously discussed in her Trial Brief as to the Admissibility of Work Orders Filed in Response to the Court's Request for Briefing on Subsequent Remedial Measurers under FRE 407 [ECF No. 300]. However, because each work order presents different issues, Plaintiff has chosen address each work order in its own pretrial brief.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December 2024, I will electronically file the foregoing with the Clerk of Court using the CM/EMF system, which will send a notification of such filing (NEF) to all counsel of record, including:

John D. McGavin, Esq.
Emily Blake, Esq.
MCGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
jmcgavin@mbbtklaw.com
*Counsel for Defendants*

_____/s/_____
Mary T. Morgan, Esq.
Virginia State Bar No:. 44955
Trevor B. Reid, Esq.
Virginia State Bar No:. 77233
*Counsel for Plaintiff*
PARKER POLLARD WILTON & PEADEN
4646 Princess Anne Road, Unit 104
Virginia Beach, Virginia 23462
Telephone: (757) 384-3166
Facsimile: (866) 212-1310
Email: mmorgan@parkerpollard.com
Email: treid@parkerpollard.com