OTHER (DESCRIBE IN NOTES) COMPLETED/HISTORICAL DATA
DINING ROOM/PRIVATE DINING AREA/FLOORING/WOOD FLOOR
**FLOOR REPAIR**   TOMORROW (24 HOURS)   REPAIR
TRADE

Mar 07 2018 14:27 EST
Caller O304759 Phone# 7577051578
Created by O304759
Age **251 Days 19 Hrs**

**95465523**           **O304759** (JACKIE MYERS - NICK SEIFERT)      PERFORMANCE FLOORING LLC       Mar 08 2018 14:23 EST
                       4759 OBS CHESAPEAKE VA                         SERVICE PROVIDER               SCHEDULED DATE
                       4312 PORTSMOUTH BLVD
                       CHESAPEAKE VA 23321-2131 US                    400.00 USD                     Mar 08 2018 14:23 EST
                       757-465-1047                                                                  EXP. DATE OR ORIG. ETA

                                                                      (1) 10032                      Nov 14 2018 09:36 EST
                                                                      REJECTED

**DESCRIPTION** DINING ROOM/PRIVATE DINING AREA / Flooring / Wood Floor / Other    **NOTE #6 NOV 14 2018 09:37 EST** Created By **Theresa Matthews**
(Describe In Notes) / If priority selected is NOW (4 Hours), is OVERTIME approved?: No /    Status has been changed from **IN PROGRESS/WAITING FOR APPROVAL** to
Additional Contact Number (Other than restaurant's phone): Floor up front needs replaced /  **COMPLETED/HISTORICAL DATA.**
Floor not refinished correctly lots of slip and falls. When temperature changes outside it tends
to collect moisture and sweat

**Exhibit A**