# Exhibit 1

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

## Local Climatological Data
### Daily Summary
### May 2018

Generated on 12/12/2023

Current Location: Elev: 23 ft. Lat: 36.7830° N Lon: 76.4500° W
Station: **HAMPTON ROADS EXECUTIVE AIRPORT, VA US WBAN:00154 (ICAO:KPVG)**

| Date | Temperature (F) | | | | | | | Degree Days (base 65F) | | Sun (LST) | | Weather | Precipitation (in) | | | Pressure (inHg) | | Wind | | Maximum Wind Speed = MPH | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Weather Type | TLC | Snow Fall | Snow Depth | Avg Stn | Avg SL | Avg Speed | Peak Speed | Peak Dir | Sust. Speed | Sust. Dir | |
| | Max | Min | Avg | Dep | ARH | ADP | AWB | Heat | Cool | Rise | Set | | | | | | | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| 01 | 82 | 35* | 59 | | | | | 6 | 0 | 0512 | 1854 | | 0.00 | | | 30.16 | | 2.7 | 20 | 210 | 16 | 210 |
| 02 | 89 | 47 | 68 | | | | | 0 | 3 | 0511 | 1855 | | 0.00 | | | 30.18 | | 7.0 | 21 | 230 | 15 | 220 |
| 03 | 88 | 61 | 75 | | | | | 0 | 10 | 0510 | 1856 | | 0.00 | | | 30.14 | | 10.9 | 25 | 210 | 18 | 200 |
| 04 | 88 | 63 | 76 | | | | | 0 | 11 | 0509 | 1857 | | 0.00 | | | 30.03 | | 10.9 | 26 | 220 | 20 | 220 |
| 05 | 80 | 58 | 69 | | | | | 0 | 4 | 0508 | 1858 | BR | 0.00 | | | 30.05 | | 5.4 | 17 | 050 | 14 | 050 |
| 06 | 76 | 60 | 68 | | | | | 0 | 3 | 0507 | 1859 | RA BR HZ FG | 1.73 | | | 29.88 | | 2.1 | 12 | 020 | 8 | 010 |
| 07 | 64 | 52 | 58 | | | | | 7 | 0 | 0506 | 1859 | RA BR | 0.49 | | | 30.01 | | 5.6 | 16 | 060 | 12 | 060 |
| 08 | 62 | 50 | 56 | | | | | 9 | 0 | 0505 | 1900 | RA BR | T | | | 30.14 | | 7.5 | 18 | 050 | 13 | 040 |
| 09 | 72 | 50 | 61 | | | | | 4 | 0 | 0504 | 1901 | BR | 0.02 | | | 30.11 | | 3.5 | 14 | 040 | 10 | 080 |
| 10 | 84 | 48 | 66 | | | | | 0 | 1 | 0503 | 1902 | TS RA BR FG | 0.36 | | | 30.01 | | 7.0 | 24 | 320 | 17 | 210 |
| 11 | 87 | 56 | 72 | | | | | 0 | 7 | 0502 | 1903 | BR | 0.00 | | | 30.01 | | 3.7 | 16 | 170 | 13 | 150 |
| 12 | 92 | 65 | 79 | | | | | 0 | 14 | 0501 | 1904 | | 0.00 | | | 30.03 | | 8.2 | 20 | 210 | 16 | 220 |
| 13 | 82 | 61 | 72 | | | | | 0 | 7 | 0500 | 1905 | | 0.00 | | | 30.01 | | 5.4 | 14 | 050 | 10 | 080 |
| 14 | 92* | 61 | 77 | | | | | 0 | 12 | 0459 | 1905 | TS RA BR | 0.14 | | | 29.99 | | 4.6 | 35 | 350 | 17 | 340 |
| 15 | 89 | 62 | 76 | | | | | 0 | 11 | 0458 | 1906 | | 0.00 | | | 29.98 | | 9.0 | 25 | 210 | 17 | 210 |
| 16 | 85 | 66 | 76 | | | | | 0 | 11 | 0458 | 1907 | RA | 0.05 | | | 29.97 | | 4.5 | 17 | 260 | 12 | 260 |
| 17 | 78 | 69 | 74 | | | | | 0 | 9 | 0457 | 1908 | RA BR | 0.59 | | | 29.96 | | 4.6 | 13 | 210 | 10 | 210 |
| 18 | 81 | 71 | 76 | | | | | 0 | 11 | 0456 | 1909 | RA BR | 0.14 | | | 30.05 | | 6.3 | 21 | 180 | 15 | 170 |
| 19 | 80 | 69 | 75 | | | | | 0 | 10 | 0455 | 1910 | TS RA BR | 0.65 | | | 30.12 | | 7.3 | 23 | 210 | 18 | 160 |
| 20 | 85 | 70 | 78 | | | | | 0 | 13 | 0455 | 1910 | RA | T | | | 30.08 | | 7.7 | 21 | 200 | 16 | 220 |
| 21 | 80 | 65 | 73 | | | | | 0 | 8 | 0454 | 1911 | RA BR | T | | | 30.11 | | 4.0 | 16 | 050 | 14 | 060 |
| 22 | 84 | 66 | 75 | | | | | 0 | 10 | 0453 | 1912 | RA | T | | | 30.06 | | 4.5 | 20 | 200 | 16 | 200 |
| 23 | 87 | 60 | 74 | | | | | 0 | 9 | 0453 | 1913 | TS | 0.00 | | | 29.99 | | 5.4 | 20 | 220 | 14 | 240 |
| 24 | 85 | 56 | 71 | | | | | 0 | 6 | 0452 | 1913 | BR | 0.00 | | | 30.12 | | 3.1 | 15 | 040 | 10 | 040 |
| 25 | 86 | 52 | 69 | | | | | 0 | 4 | 0452 | 1914 | BR FG | 0.00 | | | 30.05 | | 5.2 | 18 | 190 | 14 | 190 |
| 26 | 88 | 69 | 79 | | | | | 0 | 14 | 0451 | 1915 | TS | 0.00 | | | 29.92 | | 7.4 | 21 | 220 | 15 | 230 |
| 27 | 89 | 69 | 79 | | | | | 0 | 14 | 0451 | 1916 | | 0.00 | | | 29.96 | | 8.5 | 23 | 200 | 15 | 200 |
| 28 | 85 | 65 | 75 | | | | | 0 | 10 | 0450 | 1916 | RA BR | 1.22 | | | 30.01 | | 4.3 | 15 | 060 | 13 | 080 |
| 29 | 80 | 69 | 75 | | | | | 0 | 10 | 0450 | 1917 | RA BR FG | 0.31 | | | 29.98 | | 2.2 | 10 | 190 | 8 | 190 |
| 30 | 85 | 71 | 78 | | | | | 0 | 13 | 0449 | 1918 | RA BR FG | 0.20 | | | 29.99 | | 2.8 | 16 | 140 | 13 | 140 |
| 31 | 88 | 72 | 80 | | | | | 0 | 15 | 0449 | 1918 | BR FG | 0.01 | | | 29.96 | | 5.8 | 24 | 180 | 17 | 180 |

**Monthly Averages | Totals**

**Departure from Normal (1981-2010)**

| Degree Days | | | | | Number of days with... | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Monthly | | Season-to-date | | Temperature | | | | Precipitation | | Snow | | Weather |
| | Total | Departure | Total | Departure | Max | | Min | | | | | | |
| | | | | | >=90° | <=32° | <=32° | <=0° | >=0.01" | >=0.1" | >=1" | T-Storms | Heavy Fog |
| Heating | | | | | | | | | | | | | |
| Cooling | | | | | | | | | | | | | |

| Date of 5-sec to 3-sec wind equipment change | Sea Level Pressure | | | Greatest... | | |
|---|---|---|---|---|---|---|
| | | Date | Time | 24-Hr... | | Snow Depth |
| N/A | Maximum | | | Precip | Snowfall | |
| | Minimum | | | | | |
| | | | | | Date | |

**Station Augmentation**

Name:N/A Lat: N/A Lon: N/A Elevation: N/A Distance: N/A Elements: N/A Equipment: N/A

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

## Local Climatological Data
### Hourly Observations
### May 2018
Generated on 12/12/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 23 ft. Lat: 36.7830° N Lon: 76.4500° W
Station: **HAMPTON ROADS EXECUTIVE AIRPORT, VA US WBAN:00154 (ICAO:KPVG)**

| Date | Time (LST) | Station Type | Sky Conditions | Visi-bility | Weather Type (see documentation) AU \| AW \| MW | Dry Bulb Temp (F) | Dry Bulb Temp (C) | Wet Bulb Temp (F) | Wet Bulb Temp (C) | Dew Point Temp (F) | Dew Point Temp (C) | Rel Hum % | Wind Speed (MPH) | Wind Dir (Deg) | Wind Gusts (MPH) | Station Press (inHg) | Press. Tend | Net 3-Hr Change (inHg) | Sea Level Press. (inHg) | Report Type | Precip Total (in) | Altimeter Setting (inHg) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 23 | 0056 | 7 | SCT:04 120 | 10.00 | | 72 | 22.2 | 70 | 21.1 | 69 | 20.6 | 91 | 5 | 210 | | 30.00 | 6 | +0.04 | 30.02 | FM-15 | 0.00 | 30.02 |
| 23 | 0156 | 7 | SCT:04 120 | 10.00 | | 72 | 22.2 | 69 | 20.6 | 68 | 20.0 | 87 | 7 | 220 | | 29.98 | | | 30.00 | FM-15 | 0.00 | 30.00 |
| 23 | 0256 | 7 | CLR:00 | 10.00 | | 71 | 21.7 | 69 | 20.6 | 68 | 20.0 | 90 | 8 | 220 | | 29.96 | | | 30.00 | FM-15 | 0.00 | 29.99 |
| 23 | 0356 | 7 | CLR:00 | 10.00 | | 71 | 21.7 | 69 | 20.6 | 68 | 20.0 | 90 | 9 | 230 | | 29.96 | 6 | +0.04 | 29.98 | FM-15 | 0.00 | 29.98 |
| 23 | 0456 | 7 | CLR:00 | 10.00 | | 71 | 21.7 | 69 | 20.6 | 68 | 20.0 | 90 | 8 | 230 | | 29.96 | | | 29.99 | FM-15 | 0.00 | 29.99 |
| 23 | 0556 | 7 | CLR:00 | 10.00 | | 72 | 22.2 | 69 | 20.6 | 68 | 20.0 | 87 | 8 | 230 | | 29.98 | | | 30.01 | FM-15 | 0.00 | 30.00 |
| 23 | 0656 | 7 | CLR:00 | 10.00 | | 74 | 23.3 | 71 | 21.7 | 69 | 20.6 | 85 | 9 | VRB | | 29.98 | 3 | -0.03 | 30.01 | FM-15 | 0.00 | 30.01 |
| 23 | 0756 | 7 | FEW:02 19 | 10.00 | | 77 | 25.0 | 72 | 22.2 | 69 | 20.6 | 77 | 10 | 240 | | 29.98 | | | 30.01 | FM-15 | 0.00 | 30.01 |
| 23 | 0856 | 7 | SCT:04 19 | 10.00 | | 79 | 26.1 | 73 | 22.8 | 70 | 21.1 | 74 | 7 | VRB | 16 | 29.98 | | | 30.01 | FM-15 | 0.00 | 30.01 |
| 23 | 0956 | 7 | SCT:04 28 SCT:04 85 | 10.00 | | 83 | 28.3 | 75 | 23.9 | 71 | 21.7 | 67 | 8 | VRB | | 29.98 | 5 | 0.00 | 30.01 | FM-15 | 0.00 | 30.01 |
| 23 | 1008 | 7 | BKN:07 26 | 10.00 | | 81 | 27.2 | 74 | 23.3 | 70 | 21.1 | 70 | 11 | 250 | | 29.98 | | | | FM-15 | 0.00 | 30.01 |
| 23 | 1040 | 7 | SCT:04 28 BKN:07 37 | 10.00 | | 82 | 27.8 | 74 | 23.3 | 70 | 21.1 | 66 | 8 | VRB | | 29.98 | | | | FM-15 | 0.00 | 30.01 |
| 23 | 1056 | 7 | SCT:04 30 BKN:07 37 | 10.00 | | 82 | 27.8 | 74 | 23.3 | 70 | 21.1 | 67 | 7 | 300 | | 29.98 | | | 30.01 | FM-15 | 0.00 | 30.01 |
| 23 | 1156 | 7 | SCT:04 36 BKN:07 44 BKN:07 60 | 10.00 | | 84 | 28.9 | 74 | 23.3 | 70 | 21.1 | 63 | 6 | VRB | | 29.98 | | | 30.00 | FM-15 | 0.00 | 30.00 |
| 23 | 1256 | 7 | BKN:07 39 BKN:07 55 BKN:07 70 | 10.00 | | 85 | 29.4 | 76 | 24.4 | 72 | 22.2 | 65 | 5 | VRB | | 29.96 | 8 | +0.02 | 29.99 | FM-15 | 0.00 | 29.99 |
| 23 | 1354 | 7 | FEW:02 55 | 10.00 | VCTS:7 \|\| | 84 | 28.9 | 74 | 23.3 | 70 | 21.1 | 62 | 7 | 010 | | 29.96 | | | | FM-15 | 0.00 | 29.99 |
| 23 | 1356 | 7 | FEW:02 80 | 10.00 | VCTS:7 \|\| | 85 | 29.4 | 75 | 23.9 | 70 | 21.1 | 61 | 6 | VRB | | 29.96 | | | 29.99 | FM-15 | 0.00 | 29.99 |
| 23 | 1414 | 7 | CLR:00 | 10.00 | | 86 | 30.0 | 75 | 23.9 | 70 | 21.1 | 59 | 5 | VRB | | 29.96 | | | | FM-15 | 0.00 | 29.98 |
| 23 | 1456 | 7 | FEW:02 50 | 10.00 | | 85 | 29.4 | 73 | 22.8 | 67 | 19.4 | 55 | 7 | VRB | | 29.95 | | | 29.97 | FM-15 | 0.00 | 29.97 |
| 23 | 1556 | 7 | CLR:00 | 10.00 | | 85 | 29.4 | 74 | 23.3 | 68 | 20.0 | 57 | 8 | 080 | | 29.96 | 5 | +0.01 | 29.98 | FM-15 | 0.00 | 29.98 |
| 23 | 1656 | 7 | SCT:04 50 BKN:07 70 | 10.00 | | 82 | 27.8 | 71 | 21.7 | 66 | 18.9 | 58 | 7 | 080 | | 29.96 | | | 30.00 | FM-15 | 0.00 | 29.99 |
| 23 | 1756 | 7 | SCT:04 47 | 10.00 | | 77 | 25.0 | 71 | 21.7 | 68 | 20.0 | 74 | 6 | 130 | | 29.98 | | | 30.01 | FM-15 | 0.00 | 30.01 |
| 23 | 1856 | 7 | SCT:04 65 SCT:04 75 | 10.00 | | 74 | 23.3 | 70 | 21.1 | 68 | 20.0 | 82 | 0 | 000 | | 30.01 | 3 | -0.06 | 30.04 | FM-15 | 0.00 | 30.04 |
| 23 | 1956 | 7 | CLR:00 | 10.00 | | 68 | 20.0 | 67 | 19.4 | 67 | 19.4 | 96 | 0 | 000 | | 30.03 | | | 30.05 | FM-15 | 0.00 | 30.05 |
| 23 | 2056 | 7 | CLR:00 | 8.00 | | 66 | 18.9 | 65 | 18.3 | 65 | 18.3 | 96 | 0 | 000 | | 30.04 | | | 30.07 | FM-15 | 0.00 | 30.07 |
| 23 | 2156 | 7 | CLR:00 | 8.00 | | 64 | 17.8 | 63 | 17.2 | 63 | 17.2 | 96 | 0 | 000 | | 30.06 | 3 | -0.04 | 30.08 | FM-15 | 0.00 | 30.08 |
| 23 | 2256 | 7 | CLR:00 | 7.00 | | 62 | 16.7 | 62 | 16.7 | 62 | 16.7 | 100 | 0 | 000 | | 30.06 | | | 30.09 | FM-15 | 0.00 | 30.09 |
| 23 | 2356 | 7 | CLR:00 | 7.00 | | 61 | 16.1 | 61 | 16.1 | 61 | 16.1 | 100 | 0 | 000 | | 30.06 | | | 30.09 | FM-15 | 0.00 | 30.09 |

| U.S. Department of Commerce | | Local Climatological Data | National Centers for Environmental Information |
|---|---|---|---|
| National Oceanic & Atmospheric Administration | | Hourly Remarks | 151 Patton Avenue |
| National Environmental Satellite, Data, and Information Service | | May 2018 | Asheville, North Carolina 28801 |

Current Location: Elev: 23 ft. Lat: 36.7830° N Lon: 76.4500° W    Generated on 12/12/2023

Station: **HAMPTON ROADS EXECUTIVE AIRPORT, VA US WBAN:00154 (ICAO:KPVG)**

| Date | Time (LST) | Remarks |
|---|---|---|
| 23 | 0056 | MET11105/23/18 00:56:02 METAR KPVG 230556Z 21004KT 10SM SCT120 22/21 A3002 RMK AO2 SLP166 T02220206 10239 20206 56012 |
| 23 | 0156 | MET09305/23/18 01:56:01 METAR KPVG 230656Z 22006KT 10SM SCT120 22/20 A3000 RMK AO2 SLP160 T02220200 |
| 23 | 0256 | MET09005/23/18 02:56:02 METAR KPVG 230756Z 22007KT 10SM CLR 22/20 A2999 RMK AO2 SLP158 T02170200 |
| 23 | 0356 | MET09605/23/18 03:56:01 METAR KPVG 230856Z 23008KT 10SM CLR 22/20 A2998 RMK AO2 SLP154 T02170200 56012 |
| 23 | 0456 | MET09005/23/18 04:56:01 METAR KPVG 230956Z 23007KT 10SM CLR 22/20 A2999 RMK AO2 SLP156 T02170200 |
| 23 | 0556 | MET09005/23/18 05:56:02 METAR KPVG 231056Z 23007KT 10SM CLR 22/20 A3000 RMK AO2 SLP161 T02220200 |
| 23 | 0656 | MET10805/23/18 06:56:01 METAR KPVG 231156Z 24008KT 10SM CLR 23/21 A3001 RMK AO2 SLP164 T02330206 10233 20211 53010 |
| 23 | 0756 | MET09305/23/18 07:56:01 METAR KPVG 231256Z 24009KT 10SM FEW019 25/21 A3001 RMK AO2 SLP164 T02500206 |
| 23 | 0856 | MET09605/23/18 08:56:01 METAR KPVG 231356Z VRB06G14KT 10SM SCT019 26/21 A3001 RMK AO2 SLP163 T02610211 |
| 23 | 0956 | MET10605/23/18 09:56:02 METAR KPVG 231456Z 26007KT 10SM SCT028 SCT085 28/22 A3001 RMK AO2 SLP164 T02830217 55000 |
| 23 | 1008 | MET07605/23/18 10:08:02 METAR KPVG 231508Z 25010KT 10SM BKN026 27/21 A3001 RMK AO2 |
| 23 | 1040 | MET08305/23/18 10:40:02 METAR KPVG 231540Z 27007KT 10SM SCT028 BKN037 28/21 A3001 RMK AO2 |
| 23 | 1056 | MET10005/23/18 10:56:01 METAR KPVG 231556Z 30006KT 10SM SCT030 BKN037 28/21 A3001 RMK AO2 SLP164 T02780211 |
| 23 | 1156 | MET10705/23/18 11:56:02 METAR KPVG 231656Z VRB05KT 10SM SCT036 BKN044 BKN060 29/21 A3000 RMK AO2 SLP159 T02890211 |
| 23 | 1256 | MET12505/23/18 12:56:01 METAR KPVG 231756Z VRB04KT 10SM BKN039 BKN055 BKN070 29/22 A2999 RMK AO2 SLP157 T02940222 10300 20233 58008 |
| 23 | 1354 | MET09905/23/18 13:54:01 METAR KPVG 231854Z 01006KT 10SM VCTS FEW055 29/21 A2999 RMK AO2 LTG DSNT SE TSB48 |
| 23 | 1356 | MET11605/23/18 13:56:01 METAR KPVG 231856Z VRB05KT 10SM VCTS FEW080 29/21 A2999 RMK AO2 LTG DSNT SE TSB48 SLP156 T02940211 |
| 23 | 1414 | MET09705/23/18 14:14:01 METAR KPVG 231914Z VRB04KT 10SM CLR 30/21 A2998 RMK AO2 LTG DSNT E AND SE TSE08 |
| 23 | 1456 | MET11805/23/18 14:56:01 METAR KPVG 231956Z VRB06KT 10SM FEW050 29/19 A2997 RMK AO2 LTG DSNT SE AND SW TSE08 SLP150 T02940194 |
| 23 | 1556 | MET11405/23/18 15:56:01 METAR KPVG 232056Z 08007KT 10SM CLR 29/20 A2998 RMK AO2 LTG DSNT SE AND S SLP152 T02940200 55004 |
| 23 | 1656 | MET11505/23/18 16:56:01 METAR KPVG 232156Z 08006KT 10SM SCT050 BKN070 28/19 A2999 RMK AO2 LTG DSNT SE-SW SLP158 T02780189 |
| 23 | 1756 | MET09305/23/18 17:56:02 METAR KPVG 232256Z 13005KT 10SM SCT047 25/20 A3001 RMK AO2 SLP162 T02500200 |
| 23 | 1856 | MET11805/23/18 18:56:02 METAR KPVG 232356Z 00000KT 10SM SCT065 SCT075 23/20 A3004 RMK AO2 SLP173 T02330200 10306 20233 53021 |
| 23 | 1956 | MET09005/23/18 19:56:01 METAR KPVG 240056Z 00000KT 10SM CLR 20/19 A3005 RMK AO2 SLP176 T02000194 |
| 23 | 2056 | MET08905/23/18 20:56:02 METAR KPVG 240156Z 00000KT 8SM CLR 19/18 A3007 RMK AO2 SLP183 T01890183 |
| 23 | 2156 | MET09505/23/18 21:56:02 METAR KPVG 240256Z 00000KT 8SM CLR 18/17 A3008 RMK AO2 SLP187 T01780172 53014 |
| 23 | 2256 | MET08905/23/18 22:56:02 METAR KPVG 240356Z 00000KT 7SM CLR 17/17 A3009 RMK AO2 SLP189 T01670167 |
| 23 | 2356 | MET09905/23/18 23:56:01 METAR KPVG 240456Z 00000KT 7SM CLR 16/16 A3009 RMK AO2 SLP189 T01610161 403060156 |

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Local Climatological Data**
**Hourly Precipitation**
**May 2018**
Generated on 12/12/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 23 ft. Lat: 36.7830° N Lon: 76.4500° W
Station: **HAMPTON ROADS EXECUTIVE AIRPORT, VA US WBAN:00154 (ICAO:KPVG)**

| Date | 1 AM | 2 AM | 3 AM | 4 AM | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | NOON | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | MID | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | | | | | | | | | | | | | | | | | | | | | | | | | 01 |
| 02 | | | | | | | | | | | | | | | | | | | | | | | | | 02 |
| 03 | | | | | | | | | | | | | | | | | | | | | | | | | 03 |
| 04 | | | | | | | | M | | | | | | | | | | | | | | | | | 04 |
| 05 | | | | | | | | | | | | | | | | | | | | | | | | | 05 |
| 06 | | M | 0.32 | 0.29 | 0.54 | 0.40 | 0.10 | 0.03 | 0.03 | 0.01 | | | | | | | | | 0.01 | T | | | | | 06 |
| 07 | | | | | | | T | T | T | 0.22 | 0.08 | 0.14 | 0.05 | T | | | | | | | | | | | 07 |
| 08 | | | | | | | | | | | T | T | T | T | T | | | | | | | | | M | 08 |
| 09 | M | M | 0.01 | | | | 0.01 | | | | | | | | | | | | | | | | | M | 09 |
| 10 | M | | | | | | | | | | | | | | | | | | 0.27 | 0.06 | 0.03 | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | M | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | M | | | | | | | | | | | | | | | | 13 |
| 14 | | | | | | | | | | | | | | | | | | | | | 0.12 | 0.02 | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | 0.05 | T | | | | | | T | T | T | T | T | T | | 16 |
| 17 | | | | | | | | | | T | T | T | 0.01 | 0.55 | | | T | T | T | T | M | 0.01 | | T | 17 |
| 18 | | | | | | 0.02 | T | T | | T | T | | | | T | T | T | T | 0.12 | T | | | T | | 18 |
| 19 | 0.04 | 0.01 | T | | | | T | T | | 0.01 | 0.21 | T | | 0.32 | 0.01 | 0.04 | T | | 0.01 | T | T | | | | 19 |
| 20 | | | | | | | | | | | | T | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | T | T | T | T | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | T | T | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | M | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | | 26 |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | T | | 0.10 | 0.18 | 0.09 | 0.02 | 0.03 | 0.04 | 0.05 | 0.04 | 0.04 | 0.38 | 0.16 | 0.08 | | 28 |
| 29 | 0.05 | 0.07 | T | | | 0.04 | 0.01 | T | T | T | T | T | | | | | | 0.14 | T | | | | T | | 29 |
| 30 | | | | | | T | 0.01 | | | | | | | | | | M | M | M | | 0.09 | 0.09 | 0.01 | | 30 |
| 31 | | | | | | | | T | | | | | | | | | M | 0.01 | M | M | M | M | M | | 31 |

**Maximum Short Duration Precipitation**

| Time Period (Minutes) | 5 | 10 | 15 | 20 | 30 | 45 | 60 | 80 | 100 | 120 | 150 | 180 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precipitation (inches) | | | | | | | | | | | | |
| Ending Date Time (yyyy-mm-dd hh:mi) | | | | | | | | | | | | |

Hourly, daily, and monthly totals on the Daily Summary page and the Hourly Precipitation Table are shown as reported by the instrumentation at the site. However, NWS does not edit hourly values for its ASOS sites, but may edit the daily and monthly totals for selected sites which will be reflected on the Daily Summary page.

T = Trace
s = Suspect
* = Erroneous
blank = No precipitation observed
M = Missing