IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOANN WRIGHT HAYSBERT        ) | |
|     Plaintiff,        ) | |
| v.        ) | |
|         ) | |
| BLOOMIN' BRANDS, INC., et al.        ) | Case No.: 4:24-cv-00087-EWH-RJK |
|         ) | |
|     Defendants.        ) | |

**DEFENDANTS' NOTICE OF FILING OF**
**OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURES AND**
**REQUEST FOR RELIEF, INCLUDING STRIKING PLAINTIFFS' EXPERTS**

COMES NOW, that the Defendants, Outback Steakhouse of Florida, LLC and Bloomin' Brands, Inc., by counsel, and hereby files this Notice, attaching Defendants' objections to Plaintiff's Supplemental Expert disclosures for Dr. Aaron Filler and Brad Avrit, P.E., filed January 10, 2025, and other request for relief, intended to be discussed at the Pretrial Conference on January 16, 2025.

1

**BLOOMIN' BRANDS, INC.**
**and OUTBACK STEAKHOUSE**
**OF FLORIDA, LLC**
By Counsel

McGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555

   /s/ *Emily K. Blake*
John D. McGavin (VSB 21794)
Emily K. Blake (VSB 90562)
jmcgavin@mbbtklaw.com
eblake@mbbtklaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 14, 2025 the following was e-filed and served upon counsel of record:

     Mary T. Morgan, Esq.
     PARKER POLLARD WILTON & PEADEN
     4646 Princess Anne Road, Unit 104
     Virginia Beach, Virginia 23462
     Telephone: (757) 384-3166
     Facsimile: (866) 212-1310
     Email: mmorgan@parkerpollard.com
     *Counsel for Plaintiff*

   /s/ *Emily K. Blake*
Emily K. Blake (VSB 90562)
