# UNITED STATES DISTRICT COURT
# FINAL PRETRIAL CONFERENCE

| | |
|---|---|
| Date: **1/16/2025** | Judge: Elizabeth W. Hanes |
| Time Set: **10:00 a.m.** | Reporter: Jill Trail |
| Time: **12:44 p.m.** | Deputy Clerk: D. Brandt |

Case Number: **4:24cv87**

**JOANN WRIGHT HAYSBERT,**

    Plaintiff

vs.

**OUTBACK STEAKHOUSE OF FLORIDA, LLC**
and
**BLOOMIN' BRANDS, INC.,**

    Defendants.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Mary Morgan | John McGavin |
| | Emily Blake |

PROCEEDINGS:

Matter came on for Final Pretrial Conference and hearing on Motions in Limine.
The court addressed the Final Pretrial Order.
Arguments heard and ruling made on the record.
Court reviewed trial logistics with counsel.
Court to prepare an order.
Jury trial scheduled to begin on February 25, 2024, at 10:00 a.m. in Newport News.