# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

February 26, 2025 (Day 2)

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT:** THE HONORABLE Elizabeth W. Hanes, USDJ

Deputy Clerk: Dee Brandt                    Reporter: Jill Trail, OCR

| Set: 9:00 a.m. | Started: 8:55 a.m. | Ended: 3:00 p.m. |
|---|---|---|

4:24cv87         Joann Wright Haysbert
                      v.
                 Outback Steakhouse of Florida, LLC

Mary Morgan, Trevor Reid and Meredith Yoder present with plaintiff, Joann Wright Haysbert.

John McGavin and William Miller present on behalf of defendant.

Matter came on for continuation of trial by jury.

All jurors (8) present.

Evidence presented by Plaintiff and Defendant.

Out of the presence of the jury, the Court heard argument on Defendant's objection, ECF No. 55. Defendant's objection was overruled, and rulings placed on the record regarding Plaintiff's demonstrative

Plaintiff's Judicial Notice read into the record.

Jurors excused until 9:00 a.m. on February 27, 2025. Counsel and parties to return at 8:40 a.m.

Court adjourned.

Lunch: 12:35 p.m. – 1:40 p.m.