# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

February 27, 2025 (Day 3)

MINUTES OF PROCEEDINGS IN  Open Court

PRESENT: THE HONORABLE  Elizabeth W. Hanes, USDJ

Deputy Clerk: Dee Brandt                           Reporter: Jill Trail, OCR

| Set: 9:00 a.m. | Started: 8:52 a.m. | Ended: 5:22 p.m. |
|---|---|---|

4:24cv87          Joann Wright Haysbert
                        v.
              Outback Steakhouse of Florida, LLC

   Mary Morgan and Trevor Reid present with plaintiff, Joann Wright Haysbert.

   John McGavin and William Miller present on behalf of defendant.

   Matter came on for continuation of trial by jury.

   All jurors (8) present.

   Evidence presented by Plaintiff and Defendant.

   Objections argued and rulings made.

   Out of the presence of the jury, the court reviewed jury instructions with counsel.

   The Court read the Stipulated Facts into the record.

   Closing arguments of counsel heard.

   Jurors excused until 9:30 a.m. on February 28, 2025. Counsel and parties to return at 9:15 a.m.


   Court adjourned.



Lunch:  12:10 p.m. – 1:20 p.m.

Case 4:24-cv-00087-EWH-RJK   Document 60   Filed 02/27/25   Page 2 of 2 PageID# 815