# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

February 28, 2025 (Day 4)

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT: THE HONORABLE** Elizabeth W. Hanes, USDJ

Deputy Clerk: Dee Brandt                               Reporter: Jill Trail, OCR

| Set: 9:15 a.m. | Started: 9:30 a.m. | Ended: 10:50 p.m. |
|---|---|---|

4:24cv87            Joann Wright Haysbert
                         v.
             Outback Steakhouse of Florida, LLC

Mary Morgan, Trevor Reid and Meredith Yoder present with plaintiff, Joann Wright Haysbert.

John McGavin present on behalf of defendant.

Matter came on for continuation of trial by jury.

All jurors (8) present.

Jury received the court's charge and instructions; Jury retires to deliberate at 9:56. Jury returned with verdict. Verdict read into the record. Verdict for Defendant. Plaintiff made motion to poll the jury. Defense counsel asked that the Clerk enter Judgment in accordance with the Verdict. Jurors excused.

Court adjourned.