**Verdict Form**

FILED IN OPEN COURT
FEB 28 2025
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

We, the jury, find for the Plaintiff JoAnn Wright Haysbert and fix her damages at

$_____ .

Pursuant to the E-Government Act the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

OR

We, the jury, find for the Defendant.

Redacted Copy

_____
FOREPERSON