# United States District Court

Eastern District of Virginia
Newport News Division

| | |
|---|---|
| Joann Wright Haysbert | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s) | CASE NUMBER:  4:24cv87 |
| v. | |
| Outback Steakhouse of Florida, LLC | |
| Defendant(s) | |

X **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action be DISMISSED on the merits, and that the defendant recover of the plaintiff its costs of action.

DATE: February 28, 2025

FERNANDO GALINDO, *Clerk*

/s/  DB
(By) Deanne Brandt, Deputy Clerk