***Joann Wright Haysbert v. Outback Steakhouse of Florida, LLC and Bloomin' Brands, Inc.***

United States District Court, Eastern District of Virginia, Newport News Division

Case No. 4:24-cv-00087-EWH-RJK

## BILL OF COSTS

### Transcripts & Court Reporters

| | |
|---|---|
| USDC EDVA Court Reporter, Jill Trail<br>Transcript - Invoice No. 202500277 | $109.20 |
| USDC EDVA Court Reporter, Jody Stewart<br>Transcript - Invoice No. 20230087 | $128.40 |
| USDC EDVA Court Reporter, Heidi Jeffreys<br>Transcript - Invoice No. 20120885 | $83.70 |
| USDC EDVA Court Reporter, Paul McManus<br>Transcript - Invoice No. 20220032 | $244.80 |
| Magna Legal Services<br>Deposition Transcript, PMK Bloomin Brands - Invoice No. 704748 | $59.15 |
| Magna Legal Services<br>Deposition Transcript, Tristal Hall - Invoice No. 709621 | $160.00 |
| Magna Legal Services<br>Hearing Transcript - Invoice No. 700391 | $244.88 |
| Magna Legal Services<br>Deposition Transcript, Christopher Robinson - Invoice No. 729677 | $380.00 |
| Magna Legal Services<br>Deposition Transcript, Nicholas Seifert - Invoice No. 731637 | $1,052.75 |
| Magna Legal Services<br>Deposition Transcript, Marcus Wilson - Invoice No. 732166 | $761.80 |
| Magna Legal Services<br>Deposition Transcript, Dr. Neil Pugach - Invoice No. 791842 | $1,553.10 |
| Planet Depos<br>Court Reporter, Deposition of Joann Haysbert - Invoice No. 415969 | $730.00 |

1

Planet Depos
Deposition Transcript, Joann Haysbert - Invoice No. 416200          $2,179.00

Planet Depos
Court Reporter Videoconferencing Services,
Deposition of Joann Haysbert - Invoice No. 419881          $641.50

Magna Legal Services
Deposition Transcript, Lisa Crosby - Invoice No. 701169          $1,360.20

Magna Legal Services
Deposition Transcript, Alicia Eleftherion - Invoice No. 710685          $2,254.35

Magna Legal Services
Deposition Transcript, Norman Chase, Jr. - Invoice No. 710790          $2,337.65

Magna Legal Services
Deposition Transcript, Samantha Gump - Invoice No. 711718          $1,058.40

Magna Legal Services
Deposition Transcripts, Lisa Crosby and
Joi Noell Myrick - Invoice No. 705220          $1,956.85

**Transcripts & Court Reporters Total...........................................$17,295.73**

**<u>Third-Party Printing & Copying Fees</u>**

KL Discovery
Printing - Invoice No. 10000020752          $21.77

KL Discovery
Printing - Invoice No. 10000020854          $29.31

KL Discovery
Printing - Invoice No. 10000026409          $214.84

KL Discovery
Printing - Invoice No. 10000013547          $168.35

KL Discovery
Printing and binding - Invoice No. 10000013242          $148.15

KL Discovery
Printing and binding - Invoice No. 10000013547          $168.35

| | |
|---|---|
| KL Discovery<br>Printing - Invoice No. 10000020642 | $101.96 |
| KL Discovery<br>Disc copying - Invoice No. SOIN00068789US01 | $15.90 |
| KL Discovery<br>Disc copying - Invoice No. 10000008042 | $53.00 |
| Divine Health Care, LLC<br>Copies of Plaintiff's subpoenaed medical records | $14.25 |
| RRS Medical/Tidewater Physicians Multispecialty Group<br>Copies of Plaintiff's subpoenaed medical records | $26.29 |
| Ciox/Sentara Medical Group Hampton Road<br>Copies of Plaintiff's subpoenaed medical records | $24.81 |

**Third-Party Printing & Copying Fees Total……………………...........$986.98**

**Witness Fees**

| | |
|---|---|
| Dr. Abbott Huang<br>Hotel during 2025 trial | $293.95 |
| Dr. Abbott Huang<br>Meals during 2025 trial | $34.56 |
| Dr. Abbott Huang<br>Amtrak coach tickets to/from 2025 trial | $111.00 |
| Dr. Abbott Huang<br>Mileage to/from New Carrolton Amtrak<br>Station from home for 2025 trial | $38.78 |
| Dr. Abbott Huang<br>Lyft rides to/from train station and court for 2025 trial | $85.53 |
| Dr. Abbott Huang<br>2025 Trial, 28 USC 1821 Witness Fee | $80.00 |
| Dr. Abbott Huang<br>Hotel during 2023 trial | $208.85 |
| Dr. Abbott Huang<br>Amtrak coach tickets to/from 2023 trial | $288.00 |

Dr. Abbott Huang
Mileage to/from BWI Amtrak station from home for 2023 trial          $58.16

Dr. Abbott Huang
Toll while driving for 2023 trial          $2.72

Dr. Abbott Huang
Lyft/Uber rides to/from train station and court for 2023 trial          $17.43

Dr. Abbott Huang
Parking for 2023 trial          $15.00

Dr. Abbott Huang
Meals during 2023 trial          $31.09

Dr. Abbott Huang
2023 Trial, 28 USC 1821 Witness Fee          $80.00

Dr. Neil Pugach
Mileage to/from 2023 trial between Virginia
Beach and USDC EDVA Norfolk          $21.09

Dr. Neil Pugach
2023 Trial, 28 USC 1821 Witness Fee          $40.00

Dr. Neil Pugach
Mileage to/from 2025 trial between Virginia
Beach and USDC EDVA Newport News          $49.98

Dr. Neil Pugach
2025 Trial, 28 USC 1821 Witness Fee          $40.00

**Witness Fees Total………………………………………………... $1,496.14**


**Docket Fees under 28 USC 1923………………………………… $20**


**GRAND TOTAL…………………………………………………... $19,798.85**

# TRANSCRIPTS & COURT REPORTERS - RECEIPTS

0416-20
Corel

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia

INVOICE 202500277

**MAKE CHECKS PAYABLE TO:**

John D. McGavin
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030
(703) 385-1000

Jill H Trail, RPR, CCR, RCR
Official Court Reporter
600 Granby Street
Suite 217
Norfolk, VA 23510
(757) 222-7072

| \_ CRIMINAL    X CIVIL | DATE ORDERED: 01-16-2025 | DATE DELIVERED: 01-21-2025 |
|---|---|---|

**In the matter of:** 4:24cv87, Haysbert v Outback Steakhouse

Expedited Copy of Final Pretrial Conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | 84 | 1.30 | 109.20 | | | | 109.20 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 109.20 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | Total Due | | | 109.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Jill H Trail, OCR | DATE: 01-21-2025 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20230087

**MAKE CHECKS PAYABLE TO:**

John D. McGavin
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd., Ste. 400
Fairfax, VA 22030

Phone:    (703) 385-1000

Jody Stewart, CRR, RMR
Official U.S. Court Reporter
600 Granby St., STe. 217
Norfolk, VA 23510

Phone:    (757) 222-7071

jodyocr@aol.com

| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 08-07-2023 | DATE DELIVERED: 08-07-2023 |
|---|---|---|

**Case Style:** 4:20CV121, Joann R. Haysbert v Bloomin' Brands, Inc., et al.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 107 | 1.20 | 128.40 | | | | 128.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 128.40 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $128.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply  with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: *s:/Jody A. Stewart* | DATE 08-07-2023 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20120885

**MAKE CHECKS PAYABLE TO:**

John D. McGavin
Bancroft, McGavin, Horvath, Judkins
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030

Phone:    (703) 385-6631

jmcgavin@bmhjlaw.com

Heidi Jeffreys, RDR, CRR
United States Court Reporter
600 Granby Street
Room 217
Norfolk, VA 23510

Phone:    (757) 222-7075

hjeffreys@netscape.com

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 04-06-2021 | DATE DELIVERED: 04-06-2021 |
|---|---|---|

**Case Style:** 4:20CV121, Joann Wright Haysbert v Bloomin' Brands, Inc., et al.
Electronic transcription (copy) of the video conference of motions hearing held on March 30, 2021.  Delivered to: ajohansen@bmhjlaw.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 93 | 0.90 | 83.70 | | | | 83.70 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 83.70 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $83.70 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:    *s/Heidi Jeffreys*            DATE

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20220032

**MAKE CHECKS PAYABLE TO:**

John D. McGavin
McGavin Boyce Bardot Thorsen Katz
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030

Phone:

Paul L. McManus, RMR, FCRR
United States Court Reporter
600 Granby Street, Rm. 217
Norfolk, VA 23510

Phone:    (757) 222-7077
FAX       (757) 622-1805
Tax ID:   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
pmcmanusocr@gmail.com

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 07-29-2022 | DATE DELIVERED: 08-02-2022 |
|---|---|---|

**Case Style:** 4:20CV121, Haysbert v Bloomin' Brands, et al
Final Pretrial Conference 7/29/2022
INVOICE REFLECTS SPLIT EXPEDITED COST

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 85 | 2.88 | 244.80 | | | | | | | 244.80 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 244.80 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $244.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE Paul L. McManus, OCR | Digitally signed by Paul L. McManus, OCR DN: cn=Paul L. McManus, OCR, c=VA, email=pmcmanusocr@gmail.com Date: 2022.08.02 10:37:25 -04'00' | DATE 08-02-2022 |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 704748 | 6/5/2021 | 717495 |

| Job Date | Case No. | |
|---|---|---|
| 5/14/2021 | 4:20- cv-00121-RBS-DEM | |

| Case Name |
|---|
| Joann Wright Haysbert v. Bloomin Brands, et al |

| Payment Terms |
|---|
| Due upon receipt |

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| PMK Bloomin Brands | 7.00 | Pages | @ | 3.450 | 24.15 |
| GoGreenScripts Lit Package | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE  >>>** | | | | | **$59.15** |

Location of Job    : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$59.15** |

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

Job No.     : 717495        BU ID        : California
Case No.    : 4:20- cv-00121-RBS-DEM
Case Name : Joann Wright Haysbert v. Bloomin Brands, et al

Invoice No. : 704748        Invoice Date : 6/5/2021
**Total Due  : $59.15**

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 709621 | 6/7/2021 | 717517 |

| Job Date | Case No. |
|---|---|
| 5/17/2021 | 4:20- cv-00121-RBS-DEM |

| Case Name |
|---|
| Joann Wright Haysbert v. Bloomin Brands, et al |

| Payment Terms |
|---|
| Due upon receipt |

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Tristal Hall,Michael Bellomo | 7.00 Pages | @ | 3.850 | 125.00 |
| GoGreenScripts Lit Package | 1.00 | @ | 35.000 | 35.00 |
| | **TOTAL DUE  >>>** | | | **$160.00** |

Location of Job   : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $160.00 |

Tax ID: 83-2616308

*Please detach bottom portion and return with payment.*

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | |
|---|---|---|---|
| Job No. | : 717517 | BU ID | : California |
| Case No. | : 4:20- cv-00121-RBS-DEM | | |
| Case Name | : Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. | : 709621 | Invoice Date | : 6/7/2021 |
| **Total Due** | : **$160.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 700391 | 6/4/2021 | 714269 |
| **Job Date** | **Case No.** | |
| 5/4/2021 | 4:20- cv-00121-RBS-DEM | |
| **Case Name** | | |
| Joann Wright Haysbert v. Bloomin Brands, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Hearing Haysbert | 23.00 | Pages | @ | 3.450 | 79.35 |
| Same Day Delivery | | | | | 119.03 |
| Video Pages | 23.00 | Pages | @ | 0.500 | 11.50 |
| GoGreenScripts Lit Package | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE   >>>** | | | | | **$244.88** |

Location of Job    : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **( + ) Finance Charges/Debits:** | 0.00 |
| **( = ) New Balance:** | **$244.88** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | |
|---|---|---|---|
| Job No. | : 714269 | BU ID | : California |
| Case No. | : 4:20- cv-00121-RBS-DEM | | |
| Case Name | : Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. | : 700391 | Invoice Date | : 6/4/2021 |
| **Total Due** | : **$244.88** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 729677 | 8/12/2021 | 729710 |

| Job Date | Case No. |
|---|---|
| 6/28/2021 | 4:20- cv-00121-RBS-DEM |

| Case Name |
|---|
| Joann Wright Haysbert v. Bloomin Brands, et al |

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| Payment Terms |
|---|
| Due upon receipt |

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Christopher S. Robinson | 100.00  Pages | @ | 3.450 | 345.00 |
| GoGreenScripts Lit Package | 1.00 | @ | 35.000 | 35.00 |
| | **TOTAL DUE  >>>** | | | **$380.00** |

Location of Job    : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$380.00** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| Job No. | : 729710 | BU ID | : California |
|---|---|---|---|
| Case No. | : 4:20- cv-00121-RBS-DEM | | |
| Case Name | : Joann Wright Haysbert v. Bloomin Brands, et al | | |

| Invoice No. | : 729677 | Invoice Date : 8/12/2021 |
|---|---|---|
| **Total Due** | **: $380.00** | |

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 731637 | 8/19/2021 | 731609 |
| **Job Date** | **Case No.** | |
| 7/6/2021 | 4:20- cv-00121-RBS-DEM | |
| **Case Name** | | |
| Joann Wright Haysbert v. Bloomin Brands, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Nicholas Seifert                                                                    1,052.75

                                      **TOTAL DUE  >>>**                  **$1,052.75**

Location of Job   : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | |
|---|---|---|
| Job No.    : 731609 | BU ID    : California | |
| Case No.   : 4:20- cv-00121-RBS-DEM | | |
| Case Name  : Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. : 731637 | Invoice Date : 8/19/2021 | |
| **Total Due  : $1,052.75** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  [mastercard]  VISA

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 732166 | 8/18/2021 | 733778 |
| **Job Date** | **Case No.** | |
| 7/15/2021 | 4:20- cv-00121-RBS-DEM | |
| **Case Name** | | |
| Joann Wright Haysbert v. Bloomin Brands, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Marcus Wilson | 184.00 | Pages | @ | 3.450 | 634.80 |
| Video Pages | 184.00 | Pages | @ | 0.500 | 92.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$761.80** |

Location of Job    : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | |
|---|---|---|---|
| Job No. | : 733778 | BU ID | : California |
| Case No. | : 4:20- cv-00121-RBS-DEM | | |
| Case Name | : Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. | : 732166 | Invoice Date | : 8/18/2021 |
| **Total Due** | : **$761.80** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 791842 | 1/5/2022 | 776589 |
| **Job Date** | **Case No.** | |
| 12/10/2021 | 4:20- cv-00121-RBS-DEM | |
| **Case Name** | | |
| Joann Wright Haysbert v. Bloomin Brands, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Neil Pugach M.D. | 368.00 | Pages | @ | 3.450 | 1,269.60 |
| Scanned Exhibits | 158.00 | | @ | 0.250 | 39.50 |
| Expert/Tech | 368.00 | Pages | @ | 0.000 | 0.00 |
| Video Pages | 368.00 | Pages | @ | 0.500 | 184.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 35.000 | 35.00 |
| MLV Connect | 1.00 | Access | @ | 25.000 | 25.00 |
| | | **TOTAL DUE  >>>** | | | **$1,553.10** |

Location of Job    : VIRTUAL, VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,553.10** |

Tax ID: 83-2616308

*Please detach bottom portion and return with payment.*

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

Job No.    : 776589            BU ID        : California
Case No.    : 4:20- cv-00121-RBS-DEM
Case Name  : Joann Wright Haysbert v. Bloomin Brands, et al

Invoice No.  : 791842        Invoice Date : 1/5/2022
**Total Due**   : **$1,553.10**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 415969 | 7/3/2021 | 378964 |

| Job Date | Case No. | |
|---|---|---|
| 6/10/2021 | 4:20-CV-00121-RBS-DEM | |

| Case Name | | |
|---|---|---|
| Haysbert -v- Bloomin' Brands, Inc., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

John D. McGavin, Esquire
Bancroft McGavin Horvath & Judkins, PC
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Joann Wright Haysbert - VIDEO

| | | |
|---|---|---|
| Two Hour Minimum | 1.00 | 325.00 |
| Subsequent Hours | 4.00 Hours | 380.00 |
| Video Upload/Archive | 1.00 | 25.00 |
| **TOTAL DUE   >>>** | | **$730.00** |

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed.  Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For new wire instruction, please contact AR@PlanetDepos.com for more details.

For your convenience we accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

John D. McGavin, Esquire
Bancroft McGavin Horvath & Judkins, PC
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030

| | |
|---|---|
| Invoice No. | : 415969 |
| Invoice Date | : 7/3/2021 |
| **Total Due** | : **$730.00** |

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 378964 |
| BU ID | : 02-DMV-V |
| Case No. | : 4:20-CV-00121-RBS-DEM |
| Case Name | : Haysbert -v- Bloomin' Brands, Inc., et al. |

# INVOICE

1 of 1



## Planet Depos®
We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 416200 | 7/3/2021 | 378886 |
| **Job Date** | **Case No.** | |
| 6/10/2021 | 4:20-CV-00121-RBS-DEM | |
| **Case Name** | | |
| Haysbert -v- Bloomin' Brands, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John D. McGavin, Esquire
Bancroft McGavin Horvath & Judkins, PC
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Joann Wright Haysbert | 261.00 | Pages | 1,774.80 |
| Hard Copy Transcript | 261.00 | Pages | 52.20 |
| Rough ASCII | 208.00 | Pages | 312.00 |
| Shipping & Handling | 1.00 | | 40.00 |
| | **TOTAL DUE  >>>** | | **$2,179.00** |

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed.  Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For new wire instruction, please contact AR@PlanetDepos.com for more details.

For your convenience we accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

John D. McGavin, Esquire
Bancroft McGavin Horvath & Judkins, PC
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030

Invoice No.   : 416200
Invoice Date  : 7/3/2021
**Total Due**    : **$2,179.00**

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 378886
BU ID       : 01-DMV-R
Case No.    : 4:20-CV-00121-RBS-DEM
Case Name   : Haysbert -v- Bloomin' Brands, Inc., et al.

# INVOICE

1 of 1



## Planet **Depos**
We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 419881 | 7/3/2021 | 378887 |
| Job Date | Case No. | |
| 6/10/2021 | 4:20-CV-00121-RBS-DEM | |
| Case Name | | |
| Haysbert -v- Bloomin' Brands, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

John D. McGavin, Esquire
Bancroft McGavin Horvath & Judkins, PC
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030

| | | |
|---|---|---|
| VIDEOCONFERENCING SERVICES: | | |
| Joann Wright Haysbert - MVC | | |
| Mobile Videoconference - 2 Hour Minimum | 1.00 | 295.00 |
| Mobile Videoconference - Subsequent Hour(s) | 3.50 Hours | 346.50 |
| **TOTAL DUE   >>>** | | **$641.50** |

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed.  Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For new wire instruction, please contact AR@PlanetDepos.com for more details.

For your convenience we accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

John D. McGavin, Esquire
Bancroft McGavin Horvath & Judkins, PC
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 22030

Invoice No.    : 419881
Invoice Date : 7/3/2021
**Total Due**    : **$641.50**

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 378887
BU ID        : 28-REMOTE
Case No.     : 4:20-CV-00121-RBS-DEM
Case Name : Haysbert -v- Bloomin' Brands, Inc., et al.

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460 F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 701169 | 5/24/2021 | 714267 |

| Job Date | Case No. | |
|---|---|---|
| 5/3/2021 | 4:20- cv-00121-RBS-DEM | |

| Case Name | | |
|---|---|---|
| Joann Wright Haysbert v. Bloomin Brands, et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Lisa Crosby | 205.00 | Pages | @ | 3.850 | 789.25 |
| Exhibit | 7.00 | Pages | @ | 0.500 | 3.50 |
| Video Pages | 205.00 | Pages | @ | 0.500 | 102.50 |
| Telephonic, VC, Zoom (Complimentary During Quarantine) | 205.00 | Pages | @ | 0.000 | 0.00 |
| Rough Draft | 205.00 | Pages | @ | 2.000 | 410.00 |
| Depo Disk/Lit Package | 1.00 | | @ | 35.000 | 35.00 |
| Shipping | 1.00 | Delivery | @ | 19.950 | 19.95 |
| | | | **TOTAL DUE  >>>** | | **$1,360.20** |

Location of Job    : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | |
|---|---|---|---|
| Job No. | :714267 | BU ID | : California |
| Case No. | :4:20- cv-00121-RBS-DEM | | |
| Case Name | :Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. | :701169 | Invoice Date | :5/24/2021 |
| **Total Due** | **:$1,360.20** | | |

**PAYMENT WITH CREDIT CARD**    AMEX    MasterCard    VISA

| |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 701169 | 5/24/2021 | 714267 |
| **Job Date** | **Case No.** | |
| 5/3/2021 | 4:20- cv-00121-RBS-DEM | |
| **Case Name** | | |
| Joann Wright Haysbert v. Bloomin Brands, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

(=) New Balance:                    $1,360.20

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | |
|---|---|---|---|
| Job No. | :714267 | BU ID | :California |
| Case No. | :4:20- cv-00121-RBS-DEM | | |
| Case Name | :Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. | :701169 | Invoice Date | :5/24/2021 |
| **Total Due** | **:$1,360.20** | | |

Remit To: **Magna Legal Services LLC**
             **P.O. Box 822804**
             **Philadelphia, PA 19182-2804**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street –8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 710685 | 6/22/2021 | 717375 |

| Job Date | Case No. | |
|---|---|---|
| 5/13/2021 | 4:20- cv-00121-RBS-DEM | |

| Case Name | | |
|---|---|---|
| Joann Wright Haysbert v. Bloomin Brands, et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

1 CERTIFIED COPY OF TRANSCRIPT OF:
Alicia Eleftherion

| | | | | |
|---|---|---|---|---|
| Video Pages | 373.00 | Pages | @ | 3.450 | 1,286.85 |
| | 373.00 | Pages | @ | 0.500 | 186.50 |
| Telephonic, VC, Zoom (Complimentary During Quarantine) | 373.00 | Pages | @ | 0.000 | 0.00 |
| Rough Draft | 373.00 | Pages | @ | 2.000 | 746.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 35.000 | 35.00 |

**TOTAL DUE  >>>**                                    **$2,254.35**

Location of Job    : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$2,254.35** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| Job No. | : 717375 | BU ID | : California |
|---|---|---|---|
| Case No. | : 4:20- cv-00121-RBS-DEM | | |
| Case Name | : Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. | : 710685 | Invoice Date | : 6/22/2021 |
| **Total Due** | **: $2,254.35** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 710790 | 6/22/2021 | 716511 |
| **Job Date** | **Case No.** | |
| 5/12/2021 | 4:20- cv-00121-RBS-DEM | |
| **Case Name** | | |
| Joann Wright Haysbert v. Bloomin Brands, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Norman Chase, Jr. | 387.00 | Pages | @ | 3.450 | 1,335.15 |
| Video Pages | 387.00 | Pages | @ | 0.500 | 193.50 |
| Telephonic, VC, Zoom (Complimentary During Quarantine) | 387.00 | Pages | @ | 0.000 | 0.00 |
| Rough Draft | 387.00 | Pages | @ | 2.000 | 774.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 35.000 | 35.00 |
| | | | **TOTAL DUE  >>>** | | **$2,337.65** |

Location of Job   : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$2,337.65** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | |
|---|---|---|---|
| Job No. | :716511 | BU ID | :California |
| Case No. | :4:20- cv-00121-RBS-DEM | | |
| Case Name | :Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. | :710790 | Invoice Date | :6/22/2021 |
| **Total Due** | **:$2,337.65** | | |

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 711718 | 6/21/2021 | 716768 |
| Job Date | Case No. | |
| 5/18/2021 | 4:20- cv-00121-RBS-DEM | |
| Case Name | | |
| Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

1 CERTIFIED COPY OF TRANSCRIPT OF:                                                        628.40
    Samantha Gump
    Video Pages                                172.00  Pages  @  0.500      86.00
    Telephonic, VC, Zoom (Complimentary During 172.00  Pages  @  0.000       0.00
    Quarantine)
    Rough Draft                                172.00  Pages  @  2.000     344.00

                                              **TOTAL DUE  >>>**          **$1,058.40**

Location of Job  : VIRTUAL DEPOSITION , VA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,058.40** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

John McGavin, Esq.
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | |
|---|---|---|---|
| Job No. | :716768 | BU ID | :California |
| Case No. | :4:20- cv-00121-RBS-DEM | | |
| Case Name | :Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. | :711718 | Invoice Date | :6/21/2021 |
| **Total Due** | **:$1,058.40** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
              **P.O. Box 822804**
              **Philadelphia, PA 19182-2804**

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 705220 | 6/5/2021 | 716510 |

| Job Date | Case No. | |
|---|---|---|
| 5/11/2021 | 4:20- cv-00121-RBS-DEM | |

| Case Name | | |
|---|---|---|
| Joann Wright Haysbert v. Bloomin Brands, et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Lisa Crosby | 185.00 | Pages | @ | 3.450 | 638.25 |
| Video Pages | 185.00 | Pages | @ | 0.500 | 92.50 |
| Telephonic, VC, Zoom (Complimentary During Quarantine) | 185.00 | Pages | @ | 0.000 | 0.00 |
| Rough Draft | 185.00 | Pages | @ | 2.000 | 370.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 35.000 | 35.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Joi Noell Myrick | 138.00 | Pages | @ | 3.450 | 476.10 |
| Video Pages | 138.00 | Pages | @ | 0.500 | 69.00 |
| Telephonic, VC, Zoom (Complimentary During Quarantine) | 138.00 | Pages | @ | 0.000 | 0.00 |
| Rough Draft | 138.00 | Pages | @ | 2.000 | 276.00 |
| **TOTAL DUE  >>>** | | | | | **$1,956.85** |

Location of Job   : VIRTUAL DEPOSITION , VA

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | |
|---|---|
| Job No.  : 716510 | BU ID  : California |
| Case No.  : 4:20- cv-00121-RBS-DEM | |
| Case Name  : Joann Wright Haysbert v. Bloomin Brands, et al | |
| Invoice No.  : 705220 | Invoice Date  : 6/5/2021 |
| **Total Due  : $1,956.85** | |



PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 705220 | 6/5/2021 | 716510 |
| **Job Date** | **Case No.** | |
| 5/11/2021 | 4:20- cv-00121-RBS-DEM | |
| **Case Name** | | |
| Joann Wright Haysbert v. Bloomin Brands, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,956.85** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Nicholas J. Lawrence, Esquire
Bancroft McGavin Horvath & Judkins
9990 Fairfax Blvd
Suite 400
Fairfax, VA 22030

| | | | |
|---|---|---|---|
| Job No. | : 716510 | BU ID | : California |
| Case No. | : 4:20- cv-00121-RBS-DEM | | |
| Case Name | : Joann Wright Haysbert v. Bloomin Brands, et al | | |
| Invoice No. | : 705220 | Invoice Date | : 6/5/2021 |
| **Total Due** | : **$1,956.85** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# THIRD-PARTY PRINTING & COPYING FEES - RECEIPTS



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: 800-872-2599

**INVOICE REPRINT**

| | |
|---|---|
| Invoice Number: | 10000020752 |
| Invoice Date: | 08/05/2022 |
| Service Dates: | 08/05/2022 |
| Customer Number: | 5589337 |
| Job Number: | 7537026 |
| PO Number: | Outback 041620 |
| Matter Reference: | Outback 041620 |
| Invoice Amount Due: | 21.77 USD |

**Bill To Customer:**
Bancroft, McGavin, Horvath & Judkins, P.C.
Sahana Ven
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

Account Manager: **Keith W Burke**          Payment Terms: **Net 30 Days**          Due Date: **09/04/2022**

| Description | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Color Blowbacks - Letter (8 1/2" x 11") | 26 | EA | 0.79 | | 20.54 | USD |
| **Subtotal:** | | | | | 20.54 | USD |

| | | |
|---|---|---|
| **Discount** | 0.00 | USD |
| **Tax** | 1.23 | USD |
| **Total** | 21.77 | USD |
| **Invoice Amount Due** | 21.77 | USD |

**Please Send Remittance to**
**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack
Routing: 111000012
Account: 4427195125
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack
PO BOX 845823
Dallas, TX 75284-5823

**All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call 800-872-2599. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery**



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: 800-872-2599

**INVOICE REPRINT**

| | |
|---|---|
| Invoice Number: | 10000020854 |
| Invoice Date: | 08/11/2022 |
| Service Dates: | 08/11/2022 |
| Customer Number: | 5589337 |
| Job Number: | 7537277 |
| PO Number: | 0416.20 |
| Matter Reference: | 0416.20 |
| Invoice Amount Due: | 29.31 USD |

**Bill To Customer:**
Bancroft, McGavin, Horvath & Judkins, P.C.
Shari Sicuranza
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

Account Manager: **Keith W Burke**          Payment Terms: **Net 30 Days**          Due Date: **09/10/2022**

| Description | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Color Blowbacks - Letter (8 1/2" x 11") | 35 | EA | 0.79 | | 27.65 | USD |
| **Subtotal:** | | | | | 27.65 | USD |

| | | |
|---|---|---|
| **Discount** | 0.00 | USD |
| **Tax** | 1.66 | USD |
| **Total** | 29.31 | USD |
| **Invoice Amount Due** | 29.31 | USD |

**Please Send Remittance to**
**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack
Routing: 111000012
Account: 4427195125
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack
PO BOX 845823
Dallas, TX 75284-5823

**All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call 800-872-2599. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery**



9023 Columbine Road
Eden Prairie, MN 55347
United States
(952) 937-1107
(952) 949-4082 Fax

**INVOICE REPRINT**

**Bill To Customer:**
McGavin, Boyce, Bardot, Thorsen & Katz,
P.C.
Shari Sicuranza
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

| | |
|---|---|
| Invoice Number: | 10000026409 |
| Invoice Date: | 08/08/2023 |
| Service Dates: | 08/08/2023 |
| Customer Number: | 5589337 |
| Job Number: | 7555590 |
| PO Number: | 0416.20 |
| Matter Reference: | 0416.20 |
| Invoice Amount Due: | 214.84 USD |

Account Manager: **Keith W Burke**         Payment Terms: **Net 30 Days**         Due Date: **09/07/2023**

| Description | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Blowbacks - Standard Format (PDF & Tiff) | 103 | EA | 0.08 | | 8.24 | USD |
| Color Blowbacks - Letter (8 1/2" x 11") | 236 | EA | 0.79 | | 186.44 | USD |
| Binder - 2 in. | 1 | EA | 8.00 | | 8.00 | USD |
| **Subtotal:** | | | | | 202.68 | USD |

| | | |
|---|---|---|
| **Discount** | 0.00 | USD |
| **Tax** | 12.16 | USD |
| **Total** | 214.84 | USD |
| **Invoice Amount Due** | 214.84 | USD |

Please Send Remittance to
**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack
Routing: 111000012
Account: 4427195125
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack
PO BOX 845823
Dallas, TX 75284-5823

**All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call 800-872-2599. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery**



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: 800-872-2599

**INVOICE REPRINT**

**Bill To Customer:**
Bancroft, McGavin, Horvath & Judkins, P.C.
Shari Sicuranza
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

| | |
|---|---|
| Invoice Number: | 10000013547 |
| Invoice Date: | 11/29/2021 |
| Service Dates: | 11/29/2021 |
| Customer Number: | 5589337 |
| Job Number: | 7519078 |
| PO Number: | 0416.20 |
| Matter Reference: | 0416.20 |
| Invoice Amount Due: | 168.35 USD |

Account Manager: **Keith W Burke**          Payment Terms: **Net 30 Days**          Due Date: **12/29/2021**

| Description | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Blowbacks - Standard Format (PDF & Tiff) | 1,404 | EA | 0.08 | | 112.32 | USD |
| Preprinted Tabs | 18 | EA | 0.25 | | 4.50 | USD |
| Binder - 3 in. | 1 | EA | 12.00 | | 12.00 | USD |
| Binder - 5 in. | 1 | EA | 30.00 | | 30.00 | USD |
| Subtotal: | | | | | 158.82 | USD |

| | | |
|---|---|---|
| **Discount** | 0.00 | USD |
| **Tax** | 9.53 | USD |
| **Total** | 168.35 | USD |
| **Invoice Amount Due** | 168.35 | USD |

Please Send Remittance to
**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack
Routing: 111000012
Account: 4427195125
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack
PO BOX 845823
Dallas, TX 75284-5823

**All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call 800-872-2599. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery**



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: 800-872-2599

**INVOICE REPRINT**

**Bill To Customer:**
Bancroft, McGavin, Horvath & Judkins, P.C.
Shari Sicuranza
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

| | |
|---|---|
| Invoice Number: | 10000013242 |
| Invoice Date: | 11/18/2021 |
| Service Dates: | 11/18/2021 |
| Customer Number: | 5589337 |
| Job Number: | 7518820 |
| PO Number: | 0416.20 |
| Matter Reference: | 0416.20 |
| Invoice Amount Due: | 148.15 USD |

Account Manager: Keith W Burke          Payment Terms: **Net 30 Days**          Due Date: **12/18/2021**

| Description | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Blowbacks - Standard Format (PDF & Tiff) | 1,297 | EA | 0.08 | | 103.76 | USD |
| Binder - 4 in. | 2 | EA | 18.00 | | 36.00 | USD |
| **Subtotal:** | | | | | 139.76 | USD |

| | | |
|---|---|---|
| **Discount** | 0.00 | USD |
| **Tax** | 8.39 | USD |
| **Total** | 148.15 | USD |
| **Invoice Amount Due** | 148.15 | USD |

Please Send Remittance to
**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack
Routing: 111000012
Account: 4427195125
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack
PO BOX 845823
Dallas, TX 75284-5823

**All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call 800-872-2599. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery**



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: 800-872-2599

**INVOICE REPRINT**

| | |
|---|---|
| Invoice Number: | 10000013547 |
| Invoice Date: | 11/29/2021 |
| Service Dates: | 11/29/2021 |
| Customer Number: | 5589337 |
| Job Number: | 7519078 |
| PO Number: | 0416.20 |
| Matter Reference: | 0416.20 |
| Invoice Amount Due: | 168.35 USD |

**Bill To Customer:**
Bancroft, McGavin, Horvath & Judkins, P.C.
Shari Sicuranza
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

Account Manager: **Keith W Burke**    Payment Terms: **Net 30 Days**    Due Date: **12/29/2021**

| Description | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Blowbacks - Standard Format (PDF & Tiff) | 1,404 | EA | 0.08 | | 112.32 | USD |
| Preprinted Tabs | 18 | EA | 0.25 | | 4.50 | USD |
| Binder - 3 in. | 1 | EA | 12.00 | | 12.00 | USD |
| Binder - 5 in. | 1 | EA | 30.00 | | 30.00 | USD |
| Subtotal: | | | | | 158.82 | USD |

| | | |
|---|---|---|
| **Discount** | 0.00 | USD |
| **Tax** | 9.53 | USD |
| **Total** | 168.35 | USD |
| **Invoice Amount Due** | 168.35 | USD |

Please Send Remittance to
**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack
Routing: 111000012
Account: 4427195125
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack
PO BOX 845823
Dallas, TX 75284-5823

All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call 800-872-2599. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: 800-872-2599

**INVOICE REPRINT**

| | |
|---|---|
| Invoice Number: | 10000020642 |
| Invoice Date: | 08/01/2022 |
| Service Dates: | 08/01/2022 |
| Customer Number: | 5589337 |
| Job Number: | 7536710 |
| PO Number: | 0416.20 |
| Matter Reference: | 0416.20 |
| Invoice Amount Due: | 101.96 USD |

**Bill To Customer:**
Bancroft, McGavin, Horvath & Judkins, P.C.
Charlene Notarangelo
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

Account Manager: **Keith W Burke**          Payment Terms: **Net 30 Days**          Due Date: **08/31/2022**

| Description | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Blowbacks - Standard Format (PDF & Tiff) | 211 | EA | 0.08 | | 16.88 | USD |
| Color Blowbacks - Letter (8 1/2" x 11") | 89 | EA | 0.79 | | 70.31 | USD |
| Preprinted Tabs | 36 | EA | 0.25 | | 9.00 | USD |
| **Subtotal:** | | | | | 96.19 | USD |

| | | |
|---|---|---|
| **Discount** | 0.00 | USD |
| **Tax** | 5.77 | USD |
| **Total** | 101.96 | USD |
| **Invoice Amount Due** | 101.96 | USD |

Please Send Remittance to
**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack
Routing: 111000012
Account: 4427195125
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack
PO BOX 845823
Dallas, TX 75284-5823

**All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call 800-872-2599. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery**



# INVOICE

| | |
|---|---|
| Invoice Number: | SOIN00068789US01 |
| Order Number: | 200315 |
| Invoice Date: | 03/25/2021 |
| PO Number: | 0416.20/3/22/21 |
| Reference: | |
| Customer No: | 5589337 |
| Job Number: | 6297759 |
| Amount Due: | 15.90 USD |

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

**Sold To:**
Bancroft, McGavin, Horvath & Judkins, P.C.
Attention: Charlene Notarangelo
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

**Ship To:**
Bancroft, McGavin, Horvath & Judkins, P.C.
Attention: Charlene Notarangelo
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

| Sales Rep: Burke, Keith | | Terms: Net 30 Days | | | | | Due Date: 04/24/2021 |
|---|---|---|---|---|---|---|---|
| Ln No | Item Id | Line Description | Qty | UM | Unit Price | Gross Amount | Net Amount |
| 1 | 05BMR011LT | Media Output (CD/DVD) | 1.00 | EA | 15.00 | 15.00 | 15.00 |

| Gross Amount: 15.00 | | |
|---|---|---|
| | Sub Total: | 15.00 |
| | Freight: | 0.00 |
| | Tax: | 0.90 |
| | Invoice Amount: | 15.90 |
| | Amount Paid: | 0.00 |
| | Amount Due on or Before 04/24/2021 | USD 15.90 |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: 800-872-2599

**INVOICE REPRINT**

**Bill To Customer:**
Bancroft, McGavin, Horvath & Judkins, P.C.
9990 Fairfax Blvd Ste 400
Fairfax, VA 22030-1735
United States

| | |
|---|---|
| Invoice Number: | 10000008042 |
| Invoice Date: | 07/26/2021 |
| Service Dates: | |
| Customer Number: | 5589337 |
| Job Number: | 7513494 |
| PO Number: | 0416.20 |
| Matter Reference: | |
| Invoice Amount Due: | 53.00 USD |

Account Manager: **Keith W Burke**        Payment Terms: **Net 30 Days**        Due Date: **08/25/2021**

| Description | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Media Output (CD/DVD) | 2 | EA | 15.00 | | 30.00 | |
| Media - CD ROM | 2 | EA | 10.00 | | 20.00 | |
| **TOTAL** | | | | | 50.00 | |

| | | |
|---|---|---|
| **Subtotal** | 53.00 | |
| **Tax** (6.00%) | 3.00 | |
| **Invoice Amount Due** | 53.00 | USD |

Please Send Remittance to
**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack
Routing: 111000012
Account: 4427195125
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack
PO BOX 845823
Dallas, TX 75284-5823

**All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call 800-872-2599. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery**

# Divine Health care, LLC
## 2100 Executive Drive Suite B
## Hampton, Virginia 23666

## Medical Records invoice sheet

**Patient name: JOANN WRIGHT HAYSBERT DOB: 9/22/1948**

**Number of pages: 57**

**TOTAL BALANCE $14.25**

**DATE:  1/05/2021**

Lind W. Chinnery, MD, FACP
Divine Health Care, LLC
Internal Medicine
**Please make all checks payable to Divine Health Care Federal Tax ID #46-2100278*

RRS Medical, LLC
600 N Jackson, Ste 104
Media, PA 19063



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/11/2021 | 71051477 |
| RRS Medical ID No. | 71051477 |

Please Remit Payment to:  RRS Medical, LLC,
600 N Jackson, Ste 104, Media, PA 19063

Federal Tax ID:  36-4896553
Phone #:  484-468-1299
E-mail:  info@rrsmedical.com

Bancroft Mcgarvin Horvath & Judkins:John
McGavin
9990 Faifax Blvd Ste 400
Fairfax,  VA 22030-

| Terms: | Net15 |
|--------|-------|

| Pt. Name: | Joann Hayesbert |
|-----------|-----------------|
| Reference ID: | 4.20.cv.00121 |

| Facility Name: | RRS - Media:Tidewater Phys Multispecialty | | |
|---|---|---|---|

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Processing Fee (Virginia) | $20.00 | $20.00 |
| 17 | Per Page Fee (Pages 1-50) - EMR - Virginia | $0.37 | $6.29 |
| 0 | | $0.00 | $0.00 |
| 0 | | $0.00 | $0.00 |
| 0 | **Records will be delivered upon receipt of payment** | $0.00 | $0.00 |
| | | **Total** | $26.29 |

Pay Online at:  http://www.rrsmedical.com/

Thank you very much!  We really appreciate your
business.  Please send payment within 15 days.

Thanks!

**Balance Due**
(For This Request/Invoice)

With the nature of the requested records and the physician's
requirement to act on all requests submitted, there will be a
cancellation fee equal the State's processing fee should you choose to
cancel this request for any reason.

*** Failure to provide payment within 21 days of the date of this invoice will place
you in a pre-bill category, as allowed by the State.

** Credit Card payments are accepted. Please pay
online at http://www.QuestHIMS.com **

Want to view your records online? Sign up at
http://www.rrsmedical.com and use password:
hGs9UZsj

Number of Pages:     17

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CIOX
HEALTH
## INVOICE

| | |
|---|---|
| Invoice #: | 0409489745 |
| Date: | 03/31/2023 |
| Customer #: | 2398848 |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JOHN MCGAVIN<br>MCGAVIN BOYCE BARDOT ET AL PC<br>9990 FAIRFAX BLVD<br>STE 400<br>FAIRFAX,VA 22030-1735 | JOHN MCGAVIN<br>MCGAVIN BOYCE BARDOT ET AL PC<br>9990 FAIRFAX BLVD<br>STE 400<br>FAIRFAX,VA 22030-1735 | SENTARA MED GROUP HAMPTON ROAD<br>824 N. MILITARY HWY<br>STE 100<br>NORFOLK,VA 23502 |

Requested By:    MCGAVIN BOYCE BARDOT ET AL PC        DOB :        09/22/1948
Patient Name:    HAYSBERT JOANN

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 13 | 0.37 | 4.81 |
| Subtotal | | | 24.81 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 24.81 |
| Balance Due | | | 24.81 |

| Terms: Net 30 days | Please remit this amount : $24.81(USD) |
|---|---|

------------------------------- ✄ -----------------------------------------------------------------

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #:   0409489745 |
|---|
| Check #_____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed,
by signing up  for secure electronic delivery.
Register at:  https://www.smartrequest.com/

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

# WITNESS FEES - RECEIPTS

Glass Light Hotel & Gallery, Autograph C
201 Granby Street
Norfolk, VA 23510

Tel: 757-222-3033 Fax: 757-390-2627

# GLASS LIGHT

### HOTEL & GALLERY

## AUTOGRAPH COLLECTION®
HOTELS

ABBOTT HUANG

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 151253 |
| Folio ID | : | A |
| Arrive Date | : | 26-FEB-25 | 22:28 |
| Depart Date | : | 27-FEB-25 | 09:33 |
| No. Of Guest | : | 1 |
| Room Number | : | 913 |
| Marriott Bonvoy Number : | | 3575 |

Glass Light ORFAV  FEB-27-2025  09:40  JAREB832

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 26-FEB-25 | RT913 | Room Revenue | 13.98 | |
| 26-FEB-25 | RT913 | Room Chrg - Senior Discount | 233.00 | |
| 26-FEB-25 | RT913 | Room Tax 9% | 20.97 | |
| 26-FEB-25 | RT913 | Occupancy Tax $3.00 | 3.00 | |
| 27-FEB-25 | 11835 | Glass Light | 23.00 | |
| 27-FEB-25 | AX | American Express-2003 | | -293.95 |
| | | ** Total | 293.95 | -293.95 |
| | | *** Balance | 0.00 | |

Continued on the next page

Glass Light Hotel & Gallery, Autograph C
201 Granby Street
Norfolk, VA 23510

Tel: 757-222-3033 Fax: 757-390-2627

**GLASS LIGHT**

HOTEL & GALLERY

AUTOGRAPH COLLECTION
HOTELS

ABBOTT HUANG

| | | | |
|---|---|---|---|
| Page Number | : | 2 | |
| Guest Number | : | 151253 | |
| Folio ID | : | A | |
| Arrive Date | : | 26-FEB-25 | 22:28 |
| Depart Date | : | 27-FEB-25 | 09:33 |
| No. Of Guest | : | 1 | |
| Room Number | : | 913 | |
| Marriott Bonvoy Number : | | 3575 | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room Rev | Food & Bev | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 02-26-2025 | 233.00 | 0.00 | 0.00 | 37.95 | 270.95 | 0.00 |
| 02-27-2025 | 0.00 | 0.00 | 0.00 | 23.00 | 23.00 | -293.95 |
| Total | 233.00 | 0.00 | 0.00 | 60.95 | 293.95 | -293.95 |

Enjoy your Stay? Please review us on TripAdvisor at tripadvisor.com.

Benny Cantiere's
212 23rd St ste 200
Newport News, VA 23607

### #71

Opened: 02/27/2025 2:28 pm
Closed: 02/27/2025 2:28 pm
Order: 81616                     Check: 1
Order Type: Walk Up
Name: Quick Sale
Server: Jazmine

1   Veggie Special                6.50

Subtotal                         6.50

Total                            6.50

   Discover 8332 (02730P)        6.50

## Balance Due              0.00

Customer copy

Thank You!
Visit us at
Bennysva.com

2/28/25, 9:49 AM                          Gmail - Ledo Pizza Order Online Order Received

 **Gmail**                    Abbott Huang <abbottbhuang@gmail.com>

---

## Ledo Pizza Order Online Order Received

---

Ledo Pizza Online Ordering <NoReplies@order.ledopizza.com>          Thu, Feb 27, 2025 at 5:54 PM
To: Abbott Huang <abbottbhuang@gmail.com>



**LEDO PIZZA TRAVILAH, MD**
10058 Darnestown Road, North Potomac, MD 20850

(301) 424-2700

Order # 33489379131441152
(Note: You do not need this number to pickup)

Customer Name:                          Abbott Huang
Customer Email:                         abbottbhuang@gmail.com
Customer Contact Number:                13016028209

**Payment Method: Credit Card Discover x-8332. Amount: $28.06**

**ORDER FOR PICKUP**
Order ready at **6:30 PM**, TODAY (THURSDAY, 2/27/2025)

Thanks for your order!

---

| 1 x 18" LEDO Pizza | | | |
|---|---|---|---|
| • 1 x 2 Topping | (1 x $26.47) | = | $26.47 |
| • 1 x 1/2 & 1/2 Pizza | | | |
| • 1 x 1st Half | | | |
| • 1 x 2nd Half | | | |
| • 1 x Click Here to Select Half Toppings | | | |
| • 1 x Ham - 1st Half | | | |
| • 1 x Black Olives - 2nd Half | | | |
| • 1 x Mushrooms - 2nd Half | | | |
| • 1 x Pineapple - 1st Half | | | |
| SUBTOTAL | $26.47 | | |
| TAX | $1.59 | | |
| **TOTAL** | **$28.06** | | |

Thank you for ordering with us.

Note: Add NoReplies@Order.LedoPizza.com to your safe-senders list so that you are sure to receive
our messages.

 **Gmail**                                    Abbott Huang <abbottbhuang@gmail.com>

## Amtrak: eTicket and Receipt for Your 02/26/2025 Trip - ABBOTT HUANG

etickets@amtrak.com <etickets@amtrak.com>                        Thu, Feb 20, 2025 at 8:02 PM
To: ABBOTTBHUANG@gmail.com

SALES RECEIPT



Purchased: 02/20/2025 5:02 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

Merchant ID 007301 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 5BCD13New Carrollton, MD to Norfolk, VA (One-Way)FEBRUARY 20, 2025
Billing Information
Visa ending in 2190 (Purchase)Authorization Code 06197C
Total $28.00
Purchase Summary - Ticket Number 0510730193511
TRAIN 93: New Carrollton, MD to Norfolk, VA (One-Way)Depart 5:08 PM, Wednesday, February 26, 2025
1 COACH SEAT
$28.00
Ticket Terms & ConditionsVLD DATE TRAIN TICKETED; NO SHOW: FORFEIT VALUECOACH: CHANGES CANCELS
PERMITTED, NO FEEADULT FULL FARE ID REQUIRED
Subtotal
$28.00
Total Charged by Amtrak
$28.00
Passengers
Abbott Huang
Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to
  cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your
  reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a
  different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money
  paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare
  purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or
  issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third
  party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions
  and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and
  arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service
  are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text
  telephone (TTY) 1-800-523-6590.

📄 **Huang Abbott 202502202002070507.pdf**
16K

**M Gmail**                                                    Abbott Huang <abbottbhuang@gmail.com>

## Amtrak: eTicket and Receipt for Your 02/27/2025 Trip - ABBOTT HUANG

**etickets@amtrak.com** <etickets@amtrak.com>                          Tue, Feb 25, 2025 at 7:45 PM
To: ABBOTTBHUANG@gmail.com

SALES RECEIPT

 **AMTRAK**

Purchased: 02/25/2025 4:45 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

Merchant ID 006241 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 62B7B7Newport News, VA to New Carrollton, MD (One-Way)FEBRUARY 25, 2025
Billing Information
Visa ending in 2190 (Purchase)Authorization Code 06408C
Total $83.00
Purchase Summary - Ticket Number 0560624141753
TRAIN 186: Newport News, VA to New Carrollton, MD (One-Way)Depart 3:51 PM, Thursday, February 27, 2025
1 COACH SEAT
$83.00
Ticket Terms & ConditionsVLD DATE TRAIN TICKETED; NO SHOW: FORFEIT VALUECOACH: CHANGES CANCELS
PERMITTED, NO FEEADULT FULL FARE ID REQUIRED
Subtotal
$83.00
Total Charged by Amtrak
$83.00
Passengers
Abbott Huang
Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare. Refund and exchange restrictions and penalties for failure to
  cancel unwanted travel may apply. If your travel plans change, contact us before departure to change your
  reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a
  different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money
  paid for your prior reservation. For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions: Ticket valid for carriage or refund (subject to the refund rules of the fare
  purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or
  issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third
  party will be voided by Amtrak. This ticket is a contract of carriage which includes specific terms and conditions
  and a binding arbitration agreement between Amtrak and the ticket holder. The terms and conditions and
  arbitration agreement are available at Amtrak.com/terms-and-conditions.html. Tickets sold for non-Amtrak service
  are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text
  telephone (TTY) 1-800-523-6590.

🖾 **Huang Abbott 202502251945480137.pdf**
   16K

Home (11208 Albermyrtle Rd) to New          Drive 27.7 miles, 38 min
Carrollton, 4300 Garden City Dr, New Carrollton, MD 20784

**Google Maps**

drive from home to New Carrolton Amtrak station



Map data ©2025 Google    2 mi ⌐———————⌐

| | via I-495 E | 38 min |
|---|---|---|
| | Fastest route, the usual traffic | 27.7 miles |

| | via I-495 N | 40 min |
|---|---|---|
| | | 29.3 miles |

| | via MD-200 E | 45 min |
|---|---|---|
| | | 36.7 miles |

**Explore nearby New Carrollton**

 **Gmail**                                    Abbott Huang <abbottbhuang@gmail.com>

## Your ride with Joseph on February 26
1 message

---

**Lyft Receipts** <no-reply@lyftmail.com>                    Wed, Feb 26, 2025 at 10:56 PM
To: abbottbhuang@gmail.com



FEBRUARY 26, 2025 AT 10:22 PM

# Thanks for riding with Joseph!

100% of tips go to drivers. <u>Add a tip</u>

Standard fare (1.36mi, 4m 16s)                              $19.83

VISA   Visa *2190                                          **$19.83**

2/28/25, 9:45 AM                                   Gmail - ride with Joseph on February 26



- **Pickup**   10:22 PM
  280 Park Ave Norfolk, VA

- **Drop-off**   10:26 PM
  201 Granby St, Norfolk, VA

# Rides = rewards

2/28/25, 9:45 AM
Gmail - Your ride with Desiree' on February 27

 Gmail

**Abbott Huang <abbottbhuang@gmail.com>**

---

### Your ride with Desiree' on February 27
1 message

---

**Lyft Receipts** <no-reply@lyftmall.com>                      Thu, Feb 27, 2025 at 2:38 PM
To: abbottbhuang@gmail.com



FEBRUARY 27, 2025 AT 9:41 AM

# Thanks for riding with Desiree'!

100% of tips go to drivers. Add a tip

Standard fare (19.12mi, 24m)                                    $39.99

**VISA**  Visa *2190                                          **$39.99**



- **Pickup**  9:41 AM
  201 Granby St, Norfolk, VA

- **Drop-off**  10:05 AM
  2400 West Ave, Newport News, VA

# Rides = rewards

 Gmail

**Abbott Huang <abbottbhuang@gmail.com>**

---

## Your ride with Lekeshia on February 27
1 message

**Lyft Receipts** <no-reply@lyftmail.com>                               Thu, Feb 27, 2025 at 6:05 PM
To: abbottbhuang@gmail.com

---



FEBRUARY 27, 2025 AT 2:36 PM

# Thanks for riding with Lekeshia!

100% of tips go to drivers. Add a tip

Standard fare (12.50mi, 27m 37s)                                    $25.71

---

**VISA**  Visa *2190                                              **$25.71**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this
ride might be combined with any other rides you took on February 27, 2025. Keep in
mind that the cost of this ride and the total charge may not reflect refunds, credits, or
other changes.

2/28/25, 9:44 AM                                          Gmail - 900 ride with Lakeshia on February 27



- **Pickup**   2:36 PM
  222 23rd St, Newport News, VA

- **Stop**   3:03 PM
  500 Bland Blvd, Newport News, VA

- **Drop-off**   3:04 PM
  500 Bland Blvd, Newport News, VA

Glass Light Hotel & Gallery, Autograph C
201 Granby Street
Norfolk, VA 23510

Tel: 757-222-3033 Fax: 757-390-2627

ABBOTT HUANG

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 107672 | |
| Folio ID | : | A | |
| Arrive Date | : | 10-AUG-23 | 22:54 |
| Depart Date | : | 11-AUG-23 | 16:27 |
| No. Of Guest | : | 1 | |
| Room Number | : | 919 | |
| Marriott Bonvoy Number | : | 3575 | |

Glass Light ORFAV AUG-11-2023 16:30 JSEAR414

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 10-AUG-23 | DEPOSIT | Deposit-AX-2003 | | -208.85 |
| 10-AUG-23 | RT919 | Room Revenue | 10.74 | |
| 10-AUG-23 | RT919 | Rm Chrg - AAA | 179.00 | |
| 10-AUG-23 | RT919 | Room Tax 9% | 16.11 | |
| 10-AUG-23 | RT919 | Occupancy Tax $3.00 | 3.00 | |
| | | ** Total | 208.85 | -208.85 |
| | | *** Balance | 0.00 | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room Rev | Food & Bev. | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 08-10-2023 | 179.00 | 0.00 | 0.00 | -179.00 | 0.00 | 0.00 |

Continued on the next page

Glass Light Hotel & Gallery, Autograph C
201 Granby Street
Norfolk, VA 23510

Tel: 757-222-3033 Fax: 757-390-2627

ABBOTT HUANG

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 107672 |
| Folio ID | : | A |
| Arrive Date | : | 10-AUG-23    22:54 |
| Depart Date | : | 11-AUG-23    16:27 |
| No. Of Guest | : | 1 |
| Room Number | : | 919 |
| Marriott Bonvoy Number : | | 3575 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | 179.00 | 0.00 | 0.00 | -179.00 | 0.00 | 0.00 |

.

Enjoy your Stay? Please review us on TripAdvisor at tripadvisor.com.

3/10/25, 4:32 PM                        Gmail - Amtrak: eTicket and Receipt for Your 08/10/2023 Trip - ABBOTT HUANG

 Gmail                                          **Abbott Huang <abbottbhuang@gmail.com>**

___

## Amtrak: eTicket and Receipt for Your 08/10/2023 Trip - ABBOTT HUANG
2 messages

___

**etickets@amtrak.com** <etickets@amtrak.com>                     Thu, Aug 10, 2023 at 8:47 AM
To: ABBOTTBHUANG@gmail.com

SALES RECEIPT



Purchased: 08/10/2023 5:47 AM PTThank you for your purchase.

    1. Retain this receipt for your records.
    2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

1 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - C0675FBWI Marshall Airport, MD to Norfolk, VA (One-Way)AUGUST 10, 2023
Billing Information
Apple Pay (Purchase)
Discover ending in 8332
Total $144.00
Purchase Summary - Ticket Number 2220718514435
TRAIN 93: BWI Marshall Airport, MD to Norfolk, VA (One-Way)Depart 4:48 PM, Thursday, August 10, 2023
1 COACH SEAT
$144.00
Ticket Terms & ConditionsVLD ON DATE/TRAIN TKTD.REFUNDS/CHANGES PERMITTED, NO FEE.
Subtotal
$144.00
Total Charged by Amtrak
$144.00
Passengers
Abbott Huang
Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

___

📄 **Huang Abbott 202308100847340351.pdf**
16K

___

**Abbott Huang** <abbottbhuang@gmail.com>                         Thu, Aug 10, 2023 at 10:13 AM
To: Carol McHugh <camcumd@gmail.com>

fyi

[Quoted text hidden]

**Huang Abbott 202308100847340351.pdf**
16K

8/13/23, 1:36 PM                   Gmail - Amtrak: eTicket and Receipt for Your 08/11/2023 Trip - ABBOTT HUANG

 Gmail                                    **Abbott Huang <abbottbhuang@gmail.com>**

## Amtrak: eTicket and Receipt for Your 08/11/2023 Trip - ABBOTT HUANG
2 messages

**etickets@amtrak.com** <etickets@amtrak.com>                              Fri, Aug 11, 2023 at 2:12 PM
To: ABBOTTBHUANG@gmail.com

SALES RECEIPT

Purchased: 08/11/2023 11:12 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

1 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - C1C26ENorfolk, VA to BWI Marshall Airport, MD (One-Way)AUGUST 11, 2023
Billing Information
Apple Pay (Purchase)
Discover ending in 8332
Total $144.00
Purchase Summary - Ticket Number 2230672562858
BUS 6186: Norfolk, VA to Newport News, VA (One-Way)Depart 2:30 PM, Friday, August 11, 2023
1 THRUWAY SEAT
$144.00
Ticket Terms & ConditionsVLD ON DATE/TRAIN TKTD.REFUNDS/CHANGES PERMITTED, NO FEE.
Subtotal
$144.00
TRAIN 186: Newport News, VA to BWI Marshall Airport, MD (One-Way)Depart 3:45 PM, Friday, August 11, 2023
1 COACH SEAT
$0.00
Ticket Terms & ConditionsVLD ON DATE/TRAIN TKTD.REFUNDS/CHANGES PERMITTED, NO FEE.
Subtotal
$0.00
Total Charged by Amtrak
$144.00
Passengers
Abbott Huang
Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

Google Maps    Home (11208 Albermyrtle Rd) to BWI Thurgood    Drive 44.4 miles, 55 min
Marshall, Amtrak/MARC Station, 7 Amtrak Way, BWI Airport, MD 21240



Map data ©2023 Google    2 mi

**via MD-200 E and I-95 N**    **55 min**

Fastest route now due to traffic    44.4 miles
conditions

⚠ This route has tolls.

**via I-95 N**    **57 min**

44.1 miles

**via MD-200 E**    **56 min**

45.7 miles

**Explore nearby BWI Thurgood Marshall**

Restaurants    Hotels    Gas stations    Parking Lots    More

8/13/23, 1:40 PM
Gmail - Your ride with Cassandra on August 10

 Gmail

**Abbott Huang <abbottbhuang@gmail.com>**

---

**Your ride with Cassandra on August 10**
1 message

---

**Lyft Receipts** <no-reply@lyftmail.com>
To: abbottbhuang@gmail.com

Fri, Aug 11, 2023 at 1:59 PM



**AUGUST 10, 2023 AT 10:44 PM**

# Thanks for riding with Cassandra!

100% of tips go to drivers. Add a tip

Lyft fare (1.53mi, 8m 32s)          $8.85

VISA   Visa *4306        **$8.85**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this
ride might be combined with any other rides you took on August 10, 2023. Keep in mind
that the cost of this ride and the total charge may not reflect refunds, credits, or other
changes.

 Gmail                                    **Abbott Huang <abbottbhuang@gmail.com>**

---

## [Abbott] Your Friday afternoon trip with Uber

**Uber Receipts** <noreply@uber.com>                              Fri, Aug 11, 2023 at 2:33 PM
To: abbottbhuang@gmail.com

## Uber                                                    Total $8.58
                                                          August 11, 2023

# Thanks for tipping, abbott

Here's your updated Friday
afternoon ride receipt.



# Total                                        $8.58

| | |
|---|---|
| Trip fare | $6.20 |
| Subtotal | $6.20 |
| Booking Fee ❓ | $1.38 |
| Tips | $1.00 |

### Payments

| | |
|---|---|
| Uber  **Uber Cash**<br>8/11/23 2:09 PM | $0.41 |

8/13/23, 1:43 PM                       Bank of America | Online Banking | Accounts | Account Details | Account Activity

**Customized Cash Rewards World Mastercard Card - 1249**

**Balance Summary: 08/13/2023**

| Account Summary | | Card Details | | Pay This Card | |
|---|---|---|---|---|---|
| Current balance: | **$183.35** | **Total credit line:** | **$16,000.00** | Statement balance: | **$75.00** |
| Total credit available: | $15,816.65 | Cash credit line: | $6,400.00 | Payment due date: | 08/24/2023 |
| Cash credit line available: | | Amount over total credit line: | | Total minimum payment due: | |
| | $6,400.00 | | $0.00 | | $25.00 |
| | | Next closing date: | 08/27/2023 | | |
| **Rewards** | | Last payment date: | 07/24/2023 | | |
| | | Last payment: | $676.91 | | |
| Total Cash Rewards: **$0.00 Cash Rewards** | | | | | |
| 3% choice: **Travel** | | | | | |

* Available Credit includes purchases that have been authorized but have not yet posted to your account.

**Important Payment Posting Information**
Payments may take up to two business days to post to your account and will be applied on the date they're received.

Go to: Current transactions  ⌄

| Posting Date ↓ | Description | Amount | Balance |
|---|---|---|---|
| 08/12/2023 | LAZ PARKING 270125-WC LITHICUM MD | $15.00 | $183.35 |
| 08/12/2023 | UBER TRIP 8005928996 CA | $8.17 | $168.35 |
| 08/09/2023 | CASH REWARDS STATEMENT CREDIT | -$9.82 | $160.18 |
| 08/08/2023 | DRIVEEZMD REBILL 5555555555 MD | $95.00 | $170.00 |
| | Beginning balance as of 07/28/2023 | | $75.00 |

Go to: Current transactions  ⌄



DELICIOUSNESS, RECEIVED

14925 Shady Grove
Rockville, MD 20850
301-838-9222

Host: Angela                    08/11/2023
ORDER #630                      9:52 PM
                                10548

Chicken Bowl                    8.65
  Guacamole                     2.65

How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

512 008 100 010 120 983 04

Subtotal                        11.30
Tax                             0.68

TAKE OUT Total                  11.98
CP Card                         11.98
  Authorizing...
Balance Due                     11.98

Love Chipotle? Join Our Team

Get great benefits like:
Free Chipotle
Debt-free college degrees
Bonus eligibility
Rapid career growth
And more!
Visit jobs.chipotle.com
Text "CHIPJOBS" to 97211

---

## Lamia's Crêpes

401 Granby Street, Suite B          Aug 11, 2023
Norfolk, VA 23510                   11:16 AM
(757) 961-1181
lamiascrepes.com

Ticket: #09
Authorization: 06721D
Receipt: 1QvK

CHASE VISA
AID A0 G0 00 00 03 10 10

FOR HERE

Poulet × 1                          $14.99

Subtotal                            $14.99
Sales Tax                           $1.87
Tip                                 $2.25

Total                               $19.11
Visa 4306 (Contactless)             $19.11
Visa Cardholder

google.com/maps/dir/921+First+Colonial+Road,+Virginia+Beach,+VA/600+Granby+St+%23+193A,+Norfolk,+VA+23510/@36.893482,-76....

