UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOANN WRIGHT HAYSBERT, | ) |
| Plaintiff, | ) Case No.: 4:24-cv-87 |
| v. | ) |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Plaintiff JoAnn Wright Haysbert and Interested Party Nazareth M. Haysbert appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on February 28, 2025.

Respectfully submitted,

DATED: March 28, 2025

JOANN WRIGHT HAYSBERT
244 William R. Harvey Way
Hampton, VA 23669
Tel: (757) 913-9114

NAZARETH M. HAYSBERT
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Tel: (310) 917-1056